Keith A. Fink, Bar No. 146841
kfink@finklawfirm.com
Sarah E. Hernandez, Bar No. 206305
shernandez@finklawfirm.com
Rosalyn Vasquez, Bar No. 217281
rvasquez@finklawfirm.com
Daniella Saeedian, Bar No. 327601
dsaeedian@finklawfirm.com
KEITH A. FINK & ASSOCIATES
1990 Bundy Drive, Suite 620
Los Angeles, California 90025
Telephone:  (310) 268-0780
Facsimile:   (310) 268-0790

Attorneys for Defendants
NEW HOPE HARVESTING, LLC;
GUADALUPE GASPAR; EUGENIA GASPAR MARTINEZ;
ARACELI GASPAR MARTINEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| MIGUEL GUTIERREZ,<br><br>Plaintiff,<br><br>vs.<br><br>NEW HOPE HARVESTING, LLC;<br>GUADALUPE GASPAR; EUGENIA<br>GASPAR MARTINEZ; ARACELI<br>GASPAR MARTINEZ; and JDB PRO,<br>INC. d/b/a CENTRAL WEST<br>PRODUCE., inclusive,<br><br>Defendants. | Federal Case No. 2:19-cv-07077-FMO-AFM<br><br>[Santa Barbara County Superior Court Case No. 19CV03372]<br><br>**DEFENDANTS NEW HOPE HARVESTING, LLC; GUADALUPE GASPAR; EUGENIA GASPAR MARTINEZ; ARACELI GASPAR MARTINEZ'S ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>First Amended Complaint filed February 4, 2020 |

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

Defendants New Hope Harvesting, LLC; Guadalupe Gaspar; Eugenia Gaspar Martinez; Araceli Gaspar Martinez (collectively "Defendants") hereby submit their Answer to Plaintiff Miguel Gutierrez's ("Plaintiff") First Amended Class Action First Amended Complaint ("First Amended Complaint") in the above-entitled captioned action by Plaintiff as follows:

1. As to Paragraph 1 of the First Amended Complaint, upon information and belief, Defendants admit that Plaintiff was a Mexican National admitted to the United States to work for Defendant New Hope Harvesting LLC under an H-2A visa between April 15, 2018 and May 12, 2018. As to the remaining allegations, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response.

2. As to Paragraph 2 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendant denies the allegations contained therein. Upon information and belief, Defendants deny any allegation or implication of wrongdoing or legal violations.

3. As to Paragraph 3 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Upon information and belief, Defendants deny any allegation or implication of wrongdoing or legal violations.

4. As to Paragraph 4 of the First Amended First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Upon information and belief, Defendants deny any allegation or implication of wrongdoing or legal violations.

5. As to Paragraph 5 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Upon information and belief, Defendants deny any allegation or implication of wrongdoing or legal violations.

6. As to Paragraph 6 of the First Amended Complaint, upon information and belief, Defendants admit that this Court has jurisdiction over the subject matter in this action subject to 28 U.S.C. §1331 (federal question) and 28 U.S.C. §1332 (diversity of citizenship). As to the remaining allegations, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response.

7. As to Paragraph 7 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

8. As to Paragraph 8 of the First Amended Complaint, Defendants admit that venue is proper in the United States District Court, Central District of California. As to the remaining allegations, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response.

9. As to Paragraph 9 of the First Amended Complaint, upon information and belief, Defendants admit that Plaintiff was a Mexican National admitted to the United States to work for Defendant New Hope Harvesting LLC under an H-2A visa between April 15, 2018 and May 12, 2018. As to the remaining allegations, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required,

Defendants deny the allegations contained therein.

10. As to Paragraph 10 of the First Amended Complaint, Defendant New Hope admits that it is a California Limited Liability Company and that it does business in Santa Maria, California.

11. As to Paragraph 11 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein.

12. As to Paragraph 12 of the First Amended Complaint, Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore cannot admit or deny the allegations.

13. As to Paragraph 13 of the First Amended Complaint, Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore cannot admit or deny the allegations.

14. As to Paragraph 14 of the First Amended Complaint, Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore cannot admit or deny the allegations.

15. As to Paragraph 15 of the First Amended Complaint, Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore cannot admit or deny the allegations.

16. As to Paragraph 16 of the First Amended Complaint, Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore cannot admit or deny the allegations.

17. As to Paragraph 17 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the

allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations.

18. As to Paragraph 18 of the First Amended Complaint, Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore cannot admit or deny the allegations.

19. As to Paragraph 19 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

20. As to Paragraph 20 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

21. As to Paragraph 21 of the First Amended Complaint, Defendants admit that Guadalupe Gaspar, Eugenia Gaspar Martinez, and Araceli Gaspar Martinez are each individuals who reside in the State of California. As to the remaining allegations, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein.   Defendants deny any allegation or implication of wrongdoing or legal violations.

22. As to Paragraph 22 of the First Amended Complaint, Defendants admit that Eugenia Gaspar Martinez is a Manager and/or Member of New Hope Harvesting LLC.

23. As to Paragraph 23 of the First Amended Complaint, Defendants admit that Araceli Gaspar Martinez is the Secretary and Agent for Service of Process for New Hope Harvesting LLC.

24. As to Paragraph 24 of the First Amended Complaint, Defendants admit that Guadalupe Gaspar is President of New Hope Harvesting LLC.

25. As to Paragraph 25 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

26. As to Paragraph 26 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

27. As to Paragraph 27 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response.

28. As to Paragraph 28 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response.

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

29.  As to Paragraph 29 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

30.  As to Paragraph 30 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

31.  As to Paragraph 31 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

32.  As to Paragraph 32 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

33. As to Paragraph 33 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

## **FACTUAL ALLEGATIONS**

34. As to Paragraph 34 of the First Amended Complaint, upon information and belief, Defendants admit that Plaintiff was admitted to the United States to work for Defendant New Hope Harvesting LLC under an H-2A visa between April 15, 2018 and May 12, 2018. As to the remaining allegations, at this time Defendants cannot admit or deny the allegations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

35. As to Paragraph 35 of the First Amended Complaint, Defendants admit that the US Department of Labor Clearance Order Issued on January 16, 2018 states that "New Hope Harvesting LLC is a fixed site employer who operates the land it leases from JDB Pro., Inc."

36. As to Paragraph 36 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

37. As to Paragraph 37 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

38. As to Paragraph 38 of the First Amended Complaint upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore denies same. Defendants deny any allegation or implication of wrongdoing or legal violations.

39. As to Paragraph 39 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore denies same. Defendants deny any allegation or implication of wrongdoing or legal violations.

40. As to Paragraph 40 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required,

Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations.

41. As to Paragraph 41 of the First Amended Complaint, upon information and belief, Defendants admit that each U.S. Department of Labor Clearance Order Issued for New Hope Harvesting, LLC designates a worksite that is operated on land leased from JDB Pro Inc.

42. As to Paragraph 42 of the First Amended Complaint, Defendants cannot admit or deny the allegations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

43. As to Paragraph 43 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations.

44. As to Paragraph 44 of the First Amended Complaint, upon information and belief, Defendants admit that Plaintiff was employed with New Hope Harvesting LLC as a non-exempt employee.   As to the remaining allegations, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

45. As to Paragraph 45 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or

information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

46. As to Paragraph 46 of the First Amended Complaint, Defendants cannot admit or deny the allegations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

47. As to Paragraph 47 of the First Amended Complaint, upon information and belief, Defendants admit that Plaintiff began working for New Hope Harvesting LLC in or around April 2018. As to the other allegations, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

48. As to Paragraph 48 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

49. As to Paragraph 49 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

50. As to Paragraph 50 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

51. As to Paragraph 51 of the First Amended Complaint, upon information and belief, Defendants admit that Plaintiff was transported from the housing site provided by New Hope Harvesting LLC to the New Hope Harvesting LLC worksite by van. As to the remaining allegations, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations.

52. As to Paragraph 52 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

53. As to Paragraph 53 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required,

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that transportation provided to Plaintiff and the other Class Members only benefitted Defendants.

54.  As to Paragraph 54 of the First Amended Complaint, upon information and belief, Defendants admit that New Hope Harvesting LLC stated in the U.S. Department of Labor Clearance Order issued on 1/16/18 that New Hope Harvesting LLC will provide daily transportation at no cost to workers from the housing site provided by New Hope Harvesting LLC to the New Hope Harvesting LLC work site.    The use of the transportation offered by New Hope Harvesting LLC is voluntary and no worker was required as a condition of employment to utilize the transportation offered. As to the remainder of the allegations, Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the other allegations contained therein, and therefore deny same.

55.  As to Paragraph 55 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

56.  As to Paragraph 56 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required,

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

57. As to Paragraph 57 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

58. As to Paragraph 58 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

59. As to Paragraph 59 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

60.  As to Paragraph 60 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

61.  As to Paragraph 61 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

62.  As to Paragraph 62 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

63.  As to Paragraph 63 of the First Amended Complaint, upon information and belief, Defendants admit that New Hope Harvesting LLC provided Plaintiff with housing at 937 N. Dejoy St., Santa Maria, California 93458 from April 15, 2018 through May 12, 2018 under the terms of the U.S. Department of Labor Clearance Order dated January 16, 2018. The housing location at 937 N. Dejoy St., Santa Maria,

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

California 93458 could house up to fifteen H-2A workers. Defendant New Hope Harvesting LLC managed this housing site.

64.  As to Paragraph 64 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

65.  As to Paragraph 65 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

66.  As to Paragraph 66 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

67.  As to Paragraph 67 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required,

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

68.   As to Paragraph 68 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

69.   As to Paragraph 69 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

70.   As to Paragraph 70 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

71. As to Paragraph 71 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

72. As to Paragraph 72 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

73. As to Paragraph 73 of the First Amended Complaint, Defendants admit that terms of work offered to Plaintiff by Defendant New Hope Harvesting LLC are consistent with the clearance order issued by the U.S. Department of Labor on January 16, 2018, attached to the First Amended Class Action Complaint as Exhibit A. As to the remaining allegations, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations.

74. As to Paragraph 74 of the First Amended Complaint, upon information and belief, Defendants admit that Defendant New Hope Harvesting LLC provided to Plaintiff terms of work which are consistent with the U.S. Department of Labor clearance order dated January 16, 2018.

75.  As to Paragraph 75 of the First Amended Complaint, upon information and belief, Defendants admit that Defendant New Hope Harvesting LLC provided to Plaintiff terms of work which are consistent with the U.S. Department of Labor clearance order dated January 16, 2018. As to the remaining allegations, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the other allegations contained therein, and therefore deny same.

76.  As to Paragraph 76 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

77.  As to Paragraph 77 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

78.  As to Paragraph 78 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

of law and require no response. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

79. As to Paragraph 79 of the First Amended Complaint, upon information and belief, Defendants admit that New Hope Harvesting LLC agreed to pay workers employed pursuant to the terms of an approved U.S. Department of Labor Clearance Order, under the H-2A program a wage defined as the highest of the USDOL – promulgated AEWR, the prevailing hourly wage or piece rate or the Federal or State minimum wage in effect at the time the work is subject to the provisions of the job order is performed.   Defendant New Hope Harvesting LLC further agreed to pay overtime for workers who work more than 10 hours per day and for the first 8 hours on the seventh day of work and double the regular pay after 8 hours of work on the seventh day of work.   Plaintiff was paid $13.18 per hour under the terms of the U.S. Department of Labor Clearance Order dated January 16, 2018.   As to all other allegation contained therein, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response.   Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the other allegations contained therein, and therefore deny same.

80. As to Paragraph 80 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient

knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

81. As to Paragraph 81 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

82. As to Paragraph 82 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

83. As to Paragraph 83 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

84. As to Paragraph 84 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required,

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

85.   As to Paragraph 85 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

86.   As to Paragraph 86 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

87.   As to Paragraph 87 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

88.  As to Paragraph 88 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

89.  As to Paragraph 89 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

90.  As to Paragraph 90 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

91.  As to Paragraph 91 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient

knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

92.  As to Paragraph 92 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

## **CLASS ACTION ALLEGATIONS**

93.  As to Paragraph 93 of the First Amended Complaint, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

94.  As to Paragraph 94 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

95.  As to Paragraph 95 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

96.  As to Paragraph 96 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

97.  As to Paragraph 97 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lacks sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

98.  As to Paragraph 98 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

99.  As to Paragraph 99 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required,

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

100. As to Paragraph 100 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

## **FLSA COLLECTIVE ACTION ALLEGATIONS**

101. As to Paragraph 101 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

102. As to Paragraph 102 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

## CLIENT EMPLOYER LIABILITY ALLEGATIONS

103. As to Paragraph 103 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-102, as though fully set forth herein.

104. As to Paragraph 104 of the First Amended Complaint, Defendants cannot admit or deny the allegations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

105. As to Paragraph 105 of the First Amended Complaint, Defendants cannot admit or deny the allegations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the other allegations contained therein, and therefore deny same.

106. As to Paragraph 106 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

107. As to Paragraph 107 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein.

108. As to Paragraph 108 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

109.  As to Paragraph 109 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

110.  As to Paragraph 110 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

111.  As to Paragraph 111 of the First Amended Complaint, Defendants cannot admit or deny the allegations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

## JOINT EMPLOYER LIABILITY ALLEGATIONS

112.  As to Paragraph 112 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-111, as though fully set forth herein.

113.  As to Paragraph 113 of the First Amended Complaint, Defendants cannot admit or deny the allegations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

//

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

114.  As to Paragraph 114 of the First Amended Complaint, Defendants cannot admit or deny the allegations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

115.  As to Paragraph 115 of the First Amended Complaint, Defendants cannot admit or deny the allegations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

116.  As to Paragraph 116 of the First Amended Complaint, upon information and belief, Defendants neither admit nor deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

117.  As to Paragraph 117 of the First Amended Complaint, Defendants cannot admit or deny the allegations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

**FIRST CAUSE OF ACTION VIOLATION OF FLSA, 29 USC SECTION 206**

118.  As to Paragraph 118 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-117, as though fully set forth herein.

119.  As to Paragraph 119 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

//

//

120.  As to Paragraph 120 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

121.  As to Paragraph 121 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

122.  As to Paragraph 122 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

123.  As to Paragraph 123 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

124.  As to Paragraph 124 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

125.  As to Paragraph 125 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

126.  As to Paragraph 126 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

//

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

127.  As to Paragraph 127 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

128.  As to Paragraph 128 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

129.  As to Paragraph 129 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore denies same.

**SECOND CAUSE OF ACTION-VIOLATION OF 20 CFR 655.122 ET SEQ.**

130.  As to Paragraph 130 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-129, as though fully set forth herein.

//

//

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

131.  As to Paragraph 131 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

132.  As to Paragraph 132 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

133.  As to Paragraph 133 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

134.  As to Paragraph 134 of the First Amended Complaint Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

135.  As to Paragraph 135 of the First Amended Complaint, upon information and belief, Defendants admit that Plaintiff worked for Defendants from April 15, 2018 to May 12, 2018. As to the remaining allegations, Defendants cannot admit or deny

the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

136.   As to Paragraph 136 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

137.   As to Paragraph 137 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

138.   As to Paragraph 138 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

139.  As to Paragraph 139 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

140.  As to Paragraph 140 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

141.  As to Paragraph 141 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

142.  As to Paragraph 142 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

143.  As to Paragraph 143 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

144.  As to Paragraph 144 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

145.  As to Paragraph 145 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

146.  As to Paragraph 146 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the

allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

147. As to Paragraph 147 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

### THIRD CAUSE OF ACTION-FAILURE TO PAY OVERTIME

148. As to Paragraph 148 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-147, as though fully set forth herein.

149. As to Paragraph 149 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

150. As to Paragraph 150 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

151.  As to Paragraph 151 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

152.  As to Paragraph 152 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

153.  As to Paragraph 153 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

154.  As to Paragraph 154 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

155.  As to Paragraph 155 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

156.  As to Paragraph 156 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

157.  As to Paragraph 157 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

//

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

158.  As to Paragraph 158 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

159.  As to Paragraph 159 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny that Plaintiff is entitled to any remedy against Defendants. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

## FOURTH CAUSE OF ACTION-FAILURE TO PAY MINIMUM WAGE

160.  As to Paragraph 160 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-159, as though fully set forth herein.

161.  As to Paragraph 161 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

//

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

162.  As to Paragraph 162 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

163.  As to Paragraph 163 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

164.  As to Paragraph 164 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

165.  As to Paragraph 165 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

166.  As to Paragraph 166 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

167.  As to Paragraph 167 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

168.  As to Paragraph 168 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

169.  As to Paragraph 169 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

170.  As to Paragraph 170 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

171.  As to Paragraph 171 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny that Plaintiff is entitled to any remedy against Defendants. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

## FIFTH CAUSE OF ACTION-LIQUIDATED DAMAGES FOR FAILURE TO PAY MINIMUM WAGE

172.  As to Paragraph 172 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-171, as though fully set forth herein.

173.  As to Paragraph 173 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the

allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

## SIXTH CAUSE OF ACTION-FAILURE TO PAY ALL WAGES DUE UPON TERMINATION

174. As to Paragraph 174 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-173, as though fully set forth herein.

175. As to Paragraph 175 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

176. As to Paragraph 176 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein.

177. As to Paragraph 177 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

178. As to Paragraph 178 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the

allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

179.  As to Paragraph 179 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

180.  As to Paragraph 180 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

181.  As to Paragraph 181 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and

therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

182.  As to Paragraph 182 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

183.  As to Paragraph 183 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

184.  As to Paragraph 184 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

## SEVENTH CAUSE OF ACTION-FAILURE TO INDEMNIFY EMPLOYEES

## FOR NECESSARY EXPENDITURES

185.  As to Paragraph 185 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-184, as though fully set forth herein.

186.  As to Paragraph 186 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

187.  As to Paragraph 187 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

188.  As to Paragraph 188 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

189.  As to Paragraph 189 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or

information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

190.  As to Paragraph 190 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

191.  As to Paragraph 191 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

192.  As to Paragraph 192 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

193.  As to Paragraph 193 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

194.  As to Paragraph 194 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

## EIGHTH CAUSE OF ACTION-FAILURE TO PROVIDE MEAL PERIODS

195.  As to Paragraph 195 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-194, as though fully set forth herein.

196.  As to Paragraph 196 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

197.  As to Paragraph 197 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

198.  As to Paragraph 198 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

199. As to Paragraph 199 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

200. As to Paragraph 200 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

201. As to Paragraph 201 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

202. As to Paragraph 202 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of

wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

203. As to Paragraph 203 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

204. As to Paragraph 204 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

## NINTH CAUSE OF ACTION-FAILURE TO PROVIDE REST PERIODS

205. As to Paragraph 205 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-204, as though fully set forth herein.

206. As to Paragraph 206 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

207. As to Paragraph 207 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

208. As to Paragraph 208 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

209. As to Paragraph 209 the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

210. As to Paragraph 210 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

211.  As to Paragraph 211 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

212.  As to Paragraph 212 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

213.  As to Paragraph 213 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

//

//

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

## TENTH CAUSE OF ACTION-FAILURE TO PROVIDE ACCURATE WAGE STATEMENTS

214. As to Paragraph 214 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-213, as though fully set forth herein.

215. As to Paragraph 215 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response.

216. As to Paragraph 216 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

217. As to Paragraph 217 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

218. As to Paragraph 218 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or

information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

219.  As to Paragraph 219 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

220.  As to Paragraph 220 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

221.  As to Paragraph 221 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

## ELEVENTH CAUSE OF ACTION UNLAWFUL AND UNFAIR COMPETITION

222. As to Paragraph 222 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-221, as though fully set forth herein.

223. As to Paragraph 223 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

224. As to Paragraph 224 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

225. As to Paragraph 225 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

226.  As to Paragraph 226 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

227.  As to Paragraph 227 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

228.  As to Paragraph 228 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

229.  As to Paragraph 229 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations.

230. As to Paragraph 230 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations.

231. As to Paragraph 231 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

232. As to Paragraph 232 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

233. As to Paragraph 233 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

234. As to Paragraph 234 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

235. As to Paragraph 235 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

236. As to Paragraph 236 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

237. As to Paragraph 237 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

238. As to Paragraph 238 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

## TWELFTH CAUSE OF ACTION-ENFORCEMENT OF PENALTIES

239. As to Paragraph 239 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-238, as though fully set forth herein.

240. As to Paragraph 240 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

241.  As to Paragraph 241(a-o) of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

242.  As to Paragraph 242 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

243.  As to Paragraph 243 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

244.  As to Paragraph 244 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

## THIRTEENTH CAUSE OF ACTION-BREACH OF IMPLIED COVENANT OF QUIET USE AND ENJOYMENT

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

245. As to Paragraph 245 of the First Amended Complaint, Defendants incorporate the answers in Paragraphs 1-244, as though fully set forth herein.

246. As to Paragraph 246 of the First Amended Complaint, Defendants admit that Plaintiff was provided with housing. As to the remaining allegations, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

247. As to Paragraph 247 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

248. As to Paragraph 248 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

249. As to Paragraph 249 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

250.  As to Paragraph 250 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

251.  As to Paragraph 251 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

252.  As to Paragraph 252 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same.

253.  As to Paragraph 253 of the First Amended Complaint, Defendants cannot admit or deny the allegations as they constitute conclusions of law and require no response, however, to the extent that a response is required, Defendants deny the

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

allegations contained therein. Defendants deny any allegation or implication of wrongdoing or legal violations. Defendants lack sufficient knowledge and/or information to form a belief as to the truth of the allegations contained therein, and therefore deny same. Defendants deny that Plaintiff is entitled to any remedy against Defendants.

## AFFIRMATIVE DEFENSES

Defendants deny that Plaintiff has been injured or damaged in any sum whatsoever or is entitled to any relief from Defendants, or at all, by reason of any act or omission on the part of Defendants.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Cause of Action)

These answering Defendants are informed and believes, and thereon alleges, that each and every cause of action alleged in the First Amended Complaint fails to state facts sufficient to constitute a cause of action against Defendants upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Performance of Duties)

These answering Defendants are informed and believes, and thereon alleges, that Defendants fully performed any and all contractual, statutory, and other duties Defendants owed to Plaintiff under applicable law. Therefore, Plaintiff's First Amended Complaint, and each purported cause of action set forth therein, is barred.

## THIRD AFFIRMATIVE DEFENSE
### (No Basis for Punitive Damages)

These answering Defendants are informed and believe, and thereon allege, that all of Defendants' actions with regard to Plaintiff and/or putative class members were conducted in good faith and without outrageousness, fraud, oppression, or malice toward

Plaintiff and his rights, thereby precluding any and all claims for special, exemplary, or punitive damages.

### FOURTH AFFIRMATIVE DEFENSE
### (Unconstitutionality of Punitive Damages)

These answering Defendants are informed and believe, and thereon allege, that Defendants do not admit that Plaintiff and/or putative class members are entitled to recover punitive damages in this action.   However, any award of punitive damages against Defendants in this action would be barred by the due process and equal protection provisions of the United States and California Constitutions.

### FIFTH AFFIRMATIVE DEFENSE
### (Bad Faith)

These answering Defendants are informed and believe, and thereon allege, that Plaintiff's First Amended Complaint, and each purported cause of action set forth therein, have always been, and continue to be, frivolous, unreasonable, in bad faith, and groundless.   Plaintiff and/or putative class members brought this action in bad faith and are therefore barred from any recovery in this action.

### SIXTH AFFIRMATIVE DEFENSE
### (Laches)

These answering Defendants are informed and believe, and thereon allege, that Plaintiff's First Amended Complaint, and each purported cause of action set forth therein, is barred by the doctrine of laches.

### SEVENTH AFFIRMATIVE DEFENSE
### (Failure to Exhaust Internal Administrative Remedies)

These answering Defendants are informed and believes, and thereon alleges, that Plaintiff's First Amended Complaint, and each purported cause of action set forth therein, is barred to the extent that he failed to exhaust Defendants' internal

administrative remedies or to utilize Defendants' policies and procedures in connection with his complaints.

## EIGHTH AFFIRMATIVE DEFENSE

### (Good Faith)

These answering Defendants are informed and believe, and thereon allege, that each cause of action set forth in the First Amended Complaint is barred because the acts complained of were undertaken by Defendants in good faith for the legitimate, nonretaliatory purpose of furthering the Defendants' business interests.

## NINTH AFFIRMATIVE DEFENSE

### (After-Acquired Evidence)

These answering Defendants are informed and believe, and thereon allege, that each cause of action set forth in the First Amended Complaint and the recovery of damages, if any, are barred either in whole or in part by the doctrine of after-acquired evidence.

## TENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

These answering Defendants are informed and believe, and thereon allege, that to the extent Plaintiff and/or putative class members seek equitable relief, Plaintiff and/or putative class members' inequitable conduct constitutes unclean hands and bars the granting of such equitable relief.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Offset)

These answering Defendants are informed and believe, and thereon allege, that Defendants suffered damage by reason of Plaintiff and/or putative class members' conduct and have the right of offset if any amount of money is owed to Plaintiff and/or

putative class members or due to Plaintiff and/or putative class members by way of damages.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Waiver)**

These answering Defendants are informed and believe, and thereon allege, that Plaintiff and/or putative class members engaged in conduct that constitutes waiver.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Equitable Estoppel)**

These answering Defendants are informed and believe, and thereon allege, that each and every cause of action in the First Amended Complaint is barred by reason of acts, omissions, representations and courses of conduct by Plaintiff and/or putative class members by which Defendants were led to rely to its detriment, thereby barring, under the doctrine of equitable estoppel any causes of action asserted by the Plaintiff and/or putative class members.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Punitive Damages against Corporate Entity)**

These answering Defendants are informed and believe, and thereon allege, that Plaintiff and/or putative class members' allegations are insufficient to sustain the imposition of punitive damages against Defendant New Hope pursuant to California Civil Code Section 3294.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Avoidable Consequences)**

These answering Defendants are informed and believe, and thereon allege, that each and every cause of action in the First Amended Complaint is barred by Plaintiff and/or putative class members' failure to adhere to Defendants' policies on a timely basis

which would have prevented or corrected any alleged problem prior to the time it reached the level of actionable conduct.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Contributory Negligence)

These answering Defendants are informed and believe, and thereon allege, that the damages referred to in the First Amended Complaint by Plaintiff were proximately caused by the Plaintiff and/or others affiliated in any manner with the Plaintiff, including but not limited to the putative class members, in that at all times relevant herein, Plaintiff failed to exercise for his own protection the proper care and precautions which prudent persons under the same and similar circumstances would have exercised and that if these answering Defendants committed any wrongful act at all (which supposition is made for the purpose of their defense without admitting such to be a fact), the aforesaid conduct of Plaintiff and/or entities or persons, including but not limited to the putative class members, associated in any manner with the Plaintiff contributed to the happenings of Plaintiff's alleged damages.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Mitigation)

These answering Defendants are informed and believe, and thereon allege, that Plaintiff and/or putative class members have failed to mitigate and lessen damages, if any they sustained, as required by law, and is barred from recovery by reason thereof against Defendants.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Apportionment)

These answering Defendants are informed and believe, and thereon allege, that the matters complained of in the First Amended Complaint were proximately cause, in whole or in part, by the acts or omissions of a third party or parties, Plaintiff, and/or putative

class members. Accordingly, the liability of the Defendants and responsible parties, name or unnamed, should be apportioned according to their respective degrees or fault or other legal responsibility, and the liability, if any, of these answering Defendants should be reduced accordingly.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

These answering Defendants are informed and believe, and thereon allege, that if presently exists or ever existed, any or all of the alleged rights, claims or obligations which Plaintiff seeks by way of his First Amended Complaint, each and every cause of action in the First Amended Complaint is barred.

## TWENTIETH AFFIRMATIVE DEFENSE

### (No Violation of Public Policy)

These answering Defendants are informed and believe, and thereon allege, that there was no public policy based on a constitutional or statutory authority, including but not limited to the *Labor Code, Business and Professions Code, California Constitution or United States Constitution*, that was violated by Defendants.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Causation)

These answering Defendants are informed and believe, and thereon allege, that each cause of action set forth in the First Amended Complaint and the recovery of damages, if any, are barred either in whole or in part because the actions of Defendants did not cause any harm or damages to Plaintiff and/or putative class members.

//

//

//

//

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Attorneys' Fees and Costs)

These answering Defendants are informed and believe, and thereon allege, that there is no statutory or contractual basis for seeking attorneys' fees and costs against Defendants.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Consent)

These answering Defendants are informed and believe, and thereon allege, that Defendants are not responsible for Plaintiff and/or putative class members' harm, if any, as Plaintiff and/or putative class members consented by words or conduct to Defendants' communication or conduct in consideration of all circumstances surrounding the communication and/or conduct.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Performance of Duties in Light of Plaintiff's Breach)

These answering Defendants are informed and believe, and thereon allege, that Defendants fully performed any and all duties under any alleged contract, save those obligations which are excused by Plaintiff and/or putative class members' breach. Nothing is owed pursuant to any contract.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (No Foreseeable Damages)

These answering Defendants are informed and believe, and thereon allege, that Plaintiff and/or putative class members' Damages are not a foreseeable, natural and/or direct cause of said alleged breaches. As such, Plaintiff and/or putative class members are not entitled to such Damages sought in the First Amended Complaint.

//

//

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Plaintiff's Breach of Contract)

Plaintiff and/or putative class members are barred from claiming or recovering nay relief on the grounds that Plaintiff and/or putative class members breached their contract, if any, with Defendants and by that reason of the breach of contract, Defendants have been excused from performing any duties or obligations set forth in any alleged contract.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Prevention of Performance)

Plaintiff and/or putative class members are barred from claiming or recovering any relief on the grounds that Plaintiff and/or putative class members prevented Defendants from performing certain duties or obligations set forth in the alleged contract.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (No Consideration)

Plaintiff and/or putative class members are barred from claiming or recovering any relief based on Plaintiff's cause of action for breach of contract because there was no consideration to support the existence of an enforceable contract.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (No False Promise)

Plaintiff and/or putative class members are barred from claiming or recovering any relief because Defendants made no false representations of past or existing material facts to Plaintiff and/or putative class members. Moreover, Defendants concealed no material facts from Plaintiff and/or putative class members, made no statements or promises, made no false statements or promises with knowledge of their falsity, if any, made no false statements or promises with the intent to induce Plaintiff and/or putative

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

class members' reliance on such statements or promises, and Plaintiff and/or putative class members did not justifiably rely on any representations or promises, if any, made by Defendants.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Conditions)

To the extent that any contracts, obligations, or agreements referred to in the First Amended Complaint have been entered into, Defendants had substantially performed any and all contractual obligations, and any duty or performance on behalf of the Defendants is excused by Plaintiff and/or putative class members' own actions, breaches, failure of a condition precedent, and/or the occurrence of a condition subsequent.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Speculative Damages)

Plaintiff and/or putative class members are not entitled to any recovery from Defendants because the alleged damages, if any, are speculative.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Materiality)

Plaintiff and/or putative class members are not entitled to any recovery from Defendants because any alleged false or misleading statements or omissions attributable to Defendants, which Defendants deny, were not material.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### (Minimum Wages)

Based upon information and belief, Defendant New Hope paid Plaintiff and/or putative class members minimum wages in compliance with the Industrial Welfare Commission minimum wage guidelines and Labor Code Sections 1194 and

1197. Accordingly, Plaintiff and/or putative class members are not entitled to liquidated damages pursuant to Labor Code Section 1194.2.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE
### (Meal and Rest Breaks)

Based upon information and belief, Defendants provided meal and rest periods in compliance with applicable Industrial Welfare Commission guidelines and Labor Code Sections.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE
### (All Wages Including Reimbursements and Overtime)

Based upon information and belief, Defendants paid Plaintiff and/or all putative class members all earned wages, including reimbursements and any owed overtime, upon termination pursuant to Labor Code Sections 200-202, 220, 223, 558. Accordingly, Plaintiff and/or putative class members are not entitled to penalty pursuant to Labor Code Section 203 or interest at the rate of 10% pursuant to Labor Code Section 218.6 or liquidated damages pursuant to Labor Code Section 1194.2.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE
### (Accurate Records)

Defendants believe they kept accurate and complete payroll record information, and provided Plaintiff an accurate itemized statement showing her gross wages earned, total hours worked during the pay period, any piece rate if Plaintiff was paid on a piece rate basis, all deductions, net wages earned, dates of the period for which she was paid, contact information of Defendants, Plaintiff's personal identification information and hourly rate in effect during the pay period, pursuant to Labor Code Section 226.

//

//

//

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

### (No Knowing or Intentional Error in Wage Statements)

Based upon information and belief, Defendants did not fail to provide Plaintiff with proper itemized wage statements knowingly or intentionally. As such, Plaintiff is not entitled to recover the penalties described in <u>Labor Code</u> Section 226(e).

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

### (No Unfair Competition)

Based upon information and belief, Defendants did not commit any act that would result in an unlawful, unfair or fraudulent business act or practice.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

### (No Waiting Time Penalties)

Based upon information and belief, Defendants did not willfully fail to pay Plaintiff earned wages in compliance with the <u>Labor Code</u> Sections 203 and 204. Accordingly, Plaintiff is not entitled to a thirty (30) day wages penalty under <u>Labor Code</u> Section 203, with interest and attorney's fees.

## FORTIETH AFFIRMATIVE DEFENSE

### (No Actual Injury)

Based upon information and belief, Plaintiff did not suffer an actual injury and has not lost money or property as a result of any alleged unfair competition by Defendants.

## FORTY-FIRST AFFIRMATIVE DEFENSE

### (No Public Deception)

Based upon information and belief, the public is not and was not likely deceived or confused by any alleged conduct by Defendants.

//

//

## FORTY-SECOND AFFIRMATIVE DEFENSE

### (No Injunction)

Based upon information and belief, Plaintiff is not entitled to an injunction pursuant to against Defendants because it did not engage, propose to engage or engages in unfair competition within the meaning of Business and Professions Code Section 17203.

## FORTY-THIRD AFFIRMATIVE DEFENSE

### (No Substantial Benefit)

Based upon information and belief, Plaintiff is not entitled to attorneys' fees pursuant to Code of Civil Procedure Section 1021.5 under the common fund doctrine or substantial benefit doctrine as Defendants did not engage, propose to engage or engages in unfair competition which affected the public interest within the meaning of Business and Professions Code Section 17200.

## FORTY-FOURTH AFFIRMATIVE DEFENSE

### (Fair Labor Standard Act)

Based upon information and belief, Defendants did not violate the Fair Labor Standard Act, 29 USC Section 206; did not indirectly deduct minimum and/or contract wages for employees; fail to reimburse them for work related expenses and Defendants paid all wages due and owing to Plaintiff and/or putative class members. Defendants invoke the defenses, protections and limitations of the Fair Labor Standards Act, 29 U.S.C. §201 et seq. ("FLSA").

## FORTY-FIFTH AFFIRMATIVE DEFENSE

### (FLSA Statute of Limitations)

Plaintiff and/or the putative class members' Fair Labor Standards Act ("FLSA") claims are barred in part or in full by the FLSA statute of limitations.

//

//

//

## FORTY-SIXTH AFFIRMATIVE DEFENSE

### (Not Hours Worked)

Based upon full information and belief, Defendants allege that some or all of the hours for which Plaintiff and/or putative class members claim compensation are not considered hours worked under California state law.

## FORTY-SEVENTH AFFIRMATIVE DEFENSE

### (Not Similarly Situated)

Plaintiff's FLSA claims are barred in full or in part because Plaintiff and those individuals Plaintiff purports to represent are not "similarly situated" under the FLSA.

## FORTY-EIGHTH AFFIRMATIVE DEFENSE

### (Good Faith)

Plaintiff's FLSA claims are barred in full or in part in accordance with §§ 11 of the Portal-to-Portal Act, 29 U.S.C. § 251 *et seq*. because neither Defendant New Hope nor any of their officers, directors, managers, or agents of either, committed any willful violation of the overtime provisions of the FLSA, nor did they ratify any such violation. Further, neither Defendant New Hope or any of their officers, directors, managers, or agents of either, showed reckless indifference to or disregard for the requirements of the FLSA, nor did they ratify any such acts or omissions.

## FORTY-NINTH AFFIRMATIVE DEFENSE

### (Failure to Exhaust Administrative Remedies for PAGA)

Based upon information and belief, Defendants did not violate California Labor Code Sections 2698 et seq. by violating the Labor Code and/or Industrial Wage Orders applicable to Plaintiff and/or putative class members. Moreso, Defendants did not receive any written notice of any such claim to the Labor and Work Force Development Agency, OSHA or any other entity as required by California Labor Code §2699.3. Plaintiff further

failed to specify in his First Amended Complaint all facts and theories to support the alleged violations as required by California Labor Code §2699.3.

## FIFTIETH AFFIRMATIVE DEFENSE
### (Compensation Fully Performed)

Plaintiff's First Amended Complaint and each alleged cause of action is barred in whole or in part because any obligation by Defendants to pay compensation, whether contractual or otherwise, which Plaintiff or putative class members claim is owed to Plaintiff and/or putative class members, has been fully performed, satisfied, or discharged.

## FIFTY-FIRST AFFIRMATIVE DEFENSE
### (All Business Expenses Reimbursed)

Defendants are informed and believe that a reasonable opportunity for investigation and discovery will reveal, and on that basis allege, that Plaintiff's claim under Labor Code Section 2802 is barred, in whole or in part, because, at all relevant times, Defendants reimbursed their employees for the reasonable costs of expenses incurred in the discharge of their duties and/or did not otherwise require them to bear such costs.

## FIFTY-SECOND AFFIRMATIVE DEFENSE
### (Plaintiff Lacks Standing)

Plaintiff is barred from relief to the extent that Plaintiff lacks standing to bring some or all of the alleged causes of action against Defendants, either individually or as a representative of the putative class.

## FIFTY-THIRD AFFIRMATIVE DEFENSE
### (Statute of Limitations on PAGA Penalties)

Any recovery on Plaintiff's cause of action for civil penalties under Labor Code §§2699 *et seq.* ("PAGA") is barred by the statute of limitations.

## FIFTY-FOURTH AFFIRMATIVE DEFENSE

### (Vagueness)

Plaintiff and/or the putative class members' cause of action for penalties under Labor Code §§2699 *et seq.* is barred pursuant to the United States Constitution and the California Constitution because Labor Code §§2699 *et seq.* is impermissibly vague.

## FIFTY-FIFTH AFFIRMATIVE DEFENSE

### (Substantive Due Process)

Plaintiff's First Amended Complaint, and each purported cause of action alleged therein, is barred because the PAGA is violative of the principles of substantive due process under the Fifth and Fourteenth Amendments to the United States Constitution and Article I, §7 of the California Constitution.

## FIFTY-SIXTH AFFIRMATIVE DEFENSE

### (Separation of Powers Doctrine)

Plaintiff's First Amended Complaint, and each purported cause of action alleged therein, is barred because the PAGA is violative of the separation of powers doctrine because it allows private attorneys to prosecute claims in violation of their ethical duty of neutrality, materially impairing the judiciary's role in regulating attorney conduct.

## FIFTY-SEVENTH AFFIRMATIVE DEFENSE

### (Unconstitutional Delegation)

Plaintiff's First Amended Complaint, and each purported cause of action alleged therein, is barred because the PAGA represents an unconstitutional delegation of the State of California's prosecutorial role to non-elected officials.

## FIFTY-EIGHTH AFFIRMATIVE DEFENSE

### (Excessive Fines)

Plaintiff and/or the putative class members' claims under the PAGA are barred pursuant to the Eighth Amendment to the United States Constitution and Article I, §17

1  of the California Constitution to the extent the penalties under California Labor Code

2  §§2698 *et seq.* impose excessive fines, double penalties, and violate the due process

3  rights of Defendants.

4  **FIFTY-NINTH AFFIRMATIVE DEFENSE**

5  **(No Private Right of Action)**

6  Any recovery on Plaintiff and/or the putative class members' cause of action for

7  civil work penalties is barred because there is no private right of action under PAGA.

8  **SIXTIETH AFFIRMATIVE DEFENSE**

9  **(Failure to Identify Other "Aggrieved Employees")**

10  Defendants allege that Plaintiff has failed to identify any other allegedly

11  "aggrieved employees" as required by PAGA.

12  **SIXTY-FIRST AFFIRMATIVE DEFENSE**

13  **(Breach of Implied Covenant of Quiet Use and Enjoyment)**

14  Based upon information and belief, Defendants did not receive any complaints or

15  information relating to a breach of the implied covenant of quiet use and enjoyment of

16  property used by its employees.

17  **SIXTY-SECOND AFFIRMATIVE DEFENSE**

18  **(Claims Not Representative of Class)**

19  Plaintiff's claims are not representative of the claims of the members of the

20  putative class; therefore, Plaintiff cannot satisfy the prerequisites for a class action set

21  forth in Section 382 of the California Code of Civil Procedure.

   **SIXTY-THIRD AFFIRMATIVE DEFENSE**

22  **(Claims Not Numerous)**

23  Defendants allege that the putative class is not so numerous that joinder of all

24  members is impracticable. Therefore, the prerequisites for a class action set forth in

25  California Code of Civil Procedure Section 382 cannot be met.

26  //

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

## SIXTY-FOURTH AFFIRMATIVE DEFENSE
### (Class Not Certifiable)

Defendants allege that the First Amended First Amended Complaint, and each of the causes of action thereof, is barred because the purported class lacks the requisite commonality of law and fact and this action is not properly suited for class action treatment under applicable California law.

## SIXTY-FIFTH AFFIRMATIVE DEFENSE
### (Lack of Typical Claims)

Defendants allege, without admitting any liability whatsoever, that the First Amended Complaint and each of the causes of action thereof, is barred because the class representatives' claims and defenses are not typical of the purported class members. Therefore, the prerequisites for a class action set forth in California Code of Civil Procedure Section 382 cannot be met.

## SIXTY-SIXTH AFFIRMATIVE DEFENSE
### (Unsuitable Class Representatives)

Defendants allege, without admitting any liability whatsoever, that Plaintiff is not representative of the various unnamed members of the purported class.

## SIXTY-SEVENTH AFFIRMATIVE DEFENSE
### (No Common Question of Law or Fact)

Defendants allege that there are no questions of law or fact common to the putative class.   Instead, individualized questions of law and fact predominate over any alleged common questions.   In addition, proof peculiar to the putative class members' claims and defenses thereto will vary widely. Therefore, the prerequisites for a class action set forth in California Code of Civil Procedure Section 382 cannot be met.

## SIXTY-EIGHTH AFFIRMATIVE DEFENSE
### (Class Action Not Practical)

Defendants allege that this case is not properly maintained as a class action because the prosecution of separate actions by individual members of the putative class would not

create a risk of inconsistent adjudications or adjudications that as a practical matter would be dispositive of the interests of other members not parties to the action. Therefore, Plaintiff cannot satisfy the prerequisites for a class action set forth in Section 382 of the California Code of Civil Procedure.

## SIXTY-NINTH AFFIRMATIVE DEFENSE
### (Class Action Not Proper)

Concentrating the litigation of the claims of the putative class, as to which individualized facts and proof will predominate, in one particular form is not desirable. Therefore, Plaintiff cannot satisfy the prerequisites for a class action set forth in Section 382 of the California Code of Civil Procedure.

## SEVENTIETH AFFIRMATIVE DEFENSE
### (Class Not Manageable)

The parties and the Court are likely to encounter difficulties in the management of a class action. Therefore, Plaintiffs cannot satisfy the prerequisites for a class action set forth in Section 382 of the California Code of Civil Procedure.

## SEVENTY-FIRST AFFIRMATIVE DEFENSE
### (Defenses Apply to All Class Members)

Defendants oppose class certification and disputes the propriety of class treatment. If the Court certifies a class in this case over defendant's objections, then defendant asserts the affirmative defenses set forth herein against each and every member of the certified class.

## SEVENTY-SECOND AFFIRMATIVE DEFENSE
### (Class-wide Proof Violates Right to Trial by Jury)

Defendants allege that the adjudication of the claims of the putative class through generalized class-wide proof violates defendant's right to a trial by jury guaranteed by the United States Constitution and the California Constitution.

//

//

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

## SEVENTY-THIRD AFFIRMATIVE DEFENSE

### (Additional Unknown Defenses)

These answering Defendants are informed and believe, and thereon allege, that Defendants currently have insufficient information available upon which to form a belief as to whether it has additional, as yet unstated, affirmative defenses available. Defendants reserve the right to assert additional affirmative defenses in the event discovery indicates it would be appropriate.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendants pray that Plaintiff does not prevail on the claims brought forth in the First Amended Complaint and that Defendants obtain judgment against Plaintiff and recovers costs of suit and reasonable attorneys' fees herein incurred, and such other relief as the court may deem proper.


Dated: February 25, 2020                KEITH A. FINK & ASSOCIATES


                             By:    */s/ Rosalyn P. Vasquez*
                                    Keith A. Fink
                                    Sarah E. Hernandez
                                    Rosalyn P. Vasquez
                                    Daniella Saeedian
                                    Attorneys for Defendants
                                    NEW HOPE HARVESTING, LLC;
                                    GUADALUPE GASPAR; EUGENIA GASPAR
                                    MARTINEZ; ARACELI GASPAR MARTINEZ

DEFENDANTS' ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT