UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 19-07077-FMO-(AFMx)                        Date: March 17, 2020

Title      MIGUEL GUTIERREZ v. NEW HOPE HARVESTING, LLC., ET AL.

Present: The Honorable:      ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE

| Ilene Bernal | Recorded on XTR |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marco Palau | Sarah Hernandez |
| Ezra Kautz | |
| Veronica Melendez Lopez | |

**Proceedings:  HRG: TELEPHONE CONFERENCE RE**

  1) **DEFENDANTS' MOTION RE THE DEPOSTION OF PLAINTIFF MIGUEL GUITIERREZ (ECF #32) and**
  2) **PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (ECF #34)**

Telephonic hearing held on motion to compel (ECF 32) and motion for a protective order (ECF 34).  For the reasons stated on the record, the Court denies the motion to compel and grants the motion for a protective order as follows:  Plaintiff's deposition shall take place by video conference pursuant to Fed. R. Civ. P. 30(b)(4).  Plaintiff's counsel is responsible for arranging for a videographer, interpreter and court reporter and shall coordinate with Defendants' counsel on these issues and any technical issues.  Because of the extra time required for a deposition involving an interpreter (as well as potential delays inherent in questioning by video conferencing), the length of the deposition is extended to 10.5 hours if reasonably necessary by Defendants to complete their questioning.  The requests for monetary sanctions are denied.  The positions of both sides were substantially justified, and it would not be in the interests of justice to award sanctions or expenses in connection with these motions.  *See* Fed. R. Civ. P. 37(a)(5)(A).

IT IS SO ORDERED.

| | : 15 |
|---|---|
| **Initials of Preparer** | IB |