Rafael Gonzalez, SBN 210202
rgonalez@mullenlaw.com
Brian T. Daly, SBN 298731
bdaly@mullenlaw.com
MULLEN & HENZELL L.L.P.
112 East Victoria Street
Post Office Drawer 789
Santa Barbara, CA  93102-0789
Telephone:(805) 966-1501
Facsimile:  (805) 966-9204

Attorneys for Defendant
CENTRAL WEST PRODUCE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GUTIERREZ,<br><br>Plaintiffs,<br><br>v.<br><br>NEW HOPE HARVESTING, LLC; GUADALUPE GASPAR; EUGENIA GASPAR MARTINEZ; ARACELI GASPAR GASPAR MARTINEZ; and JDB PRO, INC. d/b/a CENTRAL WEST PRODUCE, Inclusive,<br><br>Defendants. | Docket No. 2:19-cv-07077-FNI-AFM<br><br>**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT BY DEFENDANT JDB PRO, INC. DBA CENTRAL WEST PRODUCE** |

Defendant JDB Pro, Inc. dba Central West Produce ("Defendant") hereby answers the First Amended Class Action Complaint filed on February 4, 2020 (the "FAC"), by Plaintiff Miguel Gutierrez ("Named Plaintiff"), on behalf of himself and a proposed putative class/FLSA collective (the "Putative Class"). Defendant denies any and all liability except as otherwise stated below.

/ / /

/ / /

/ / /

-1-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

## RESPONSE TO ALLEGATIONS IN THE FAC

(Note: Defendant incorporates the headings from the FAC into its responses below for ease of reference. To the extent any heading from the FAC can be construed as containing allegations that must be admitted or denied, Defendant denies those allegations in their entirety.)

## INTRODUCTION

1.      In response to Paragraph 1 of the FAC, this paragraph consists of a characterization of the claims being alleged and/or legal conclusions to which no response is required. To the extent a response is required, Defendant denies that it employed Named Plaintiff and/or the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

2.      In response to Paragraph 2 of the FAC, this paragraph consists of a characterization of the claims being alleged and/or legal conclusions to which no response is required. To the extent a response is required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and/or the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

3.      In response to Paragraph 3 of the FAC, this paragraph consists of a characterization of the claims being alleged and/or legal conclusions to which no response is required. To the extent a response is required, Defendant admits that the FAC alleges claims under California Business & Professions Code §§ 17200 et. seq., but denies that it has engaged or is engaging in any unlawful or unfair practices or wrongful conduct, denies that it can be held liable for the relief specified in this paragraph, and denies the implied allegation that it employed

-2-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1  Named Plaintiff and/or the members of the Putative Class.  Defendant lacks

2  knowledge or information sufficient to form a belief about the truth of the

3  remaining allegations in the subject paragraph and on that basis denies the same.

4        4.      In response to Paragraph 4 of the FAC, this paragraph consists of a

5  characterization of the claims being alleged and/or legal conclusions to which no

6  response is required.  To the extent a response is required, Defendant admits that

7  the FAC alleges claims under California Labor Code §§ 2699 et. seq., but

8  Defendant denies that it can be held liable for the relief specified in this

9  paragraph, and denies the implied allegation that it employed Named Plaintiff

10 and/or the members of the Putative Class.  Defendant lacks knowledge or

11 information sufficient to form a belief about the truth of the remaining allegations

12 in the subject paragraph and on that basis denies the same.

13       5.      In response to Paragraph 5 of the FAC, this paragraph consists of a

14 characterization of the claims being alleged and/or legal conclusions to which no

15 response is required.  To the extent a response is required, Defendant denies that

16 it has engaged or is engaging in any unlawful business practices or has failed to

17 comply with applicable labor laws, denies that it can be held liable for the relief

18 specified in this paragraph, and denies the implied allegation that it employed

19 Named Plaintiff and/or the members of the Putative Class.  Defendant lacks

20 knowledge or information sufficient to form a belief about the truth of the

21 remaining allegations in the subject paragraph and on that basis denies the same.

22                     **JURISDICTION AND VENUE**

23       6.      In response to Paragraph 6 of the FAC, this paragraph consists of

24 legal conclusions to which no response is required.  To the extent a response is

25 required, Defendant denies all allegations in this paragraph as they pertain to the

26 claims being alleged against Defendant itself.  Defendant lacks knowledge or

27 information sufficient to form a belief about the truth of the remaining allegations

28 in the subject paragraph and on that basis denies the same.

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

7.      In response to Paragraph 7 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies all allegations in this paragraph as they pertain to the claims being alleged against Defendant itself.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

8.      In response to Paragraph 8 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies all allegations in this paragraph as they pertain to the claims being alleged against Defendant itself.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

<strong>PARTIES</strong>

9.      In response to Paragraph 9 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

10.      In response to Paragraph 10 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

11.      In response to Paragraph 11 of the FAC, Defendant denies that it is a grower or producer of berries and denies that NHH operates on its behalf. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

12.      In response to Paragraph 12 of the FAC, Defendant admits that it is a California corporation that does business in Santa Barbara County under the name "Central West Produce," and that its principal executive office is located in Santa Maria.  Defendant further admits that Jack Gresser serves as President and

-4-

<strong>ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT</strong>

1    Secretary, that Daniel Gresser serves as CFO/Treasurer, and that Bryan Gresser is
2    Vice President.  Defendant denies all remaining allegations in this paragraph.
3        13.      In response to Paragraph 13 of the FAC, Defendant admits that it
4    sells conventional and organic strawberries, blueberries, and blackberries.
5    Defendant specifically denies that it is engaged in the business of growing fruit
6    crops.  Defendant denies all remaining allegations in this paragraph.
7        14.      In response to Paragraph 14 of the FAC, Defendant admits that Jack
8    Gresser has been involved in the selling of fruit crops on behalf of growers since
9    1979, and admits that Defendant sells fruit that has been harvested in Santa
10   Maria, Oxnard, and Salinas.  Defendant specifically denies that it grows
11   strawberries.  Defendant denies all remaining allegations in this paragraph.
12       15.      In response to Paragraph 15 of the FAC, Defendant denies the
13   allegations in this paragraph in their entirety.
14       16.      In response to Paragraph 16 of the FAC, this paragraph consists of
15   legal conclusions to which no response is required.  To the extent a response is
16   required, Defendant denies the allegations in this paragraph in their entirety.
17       17.      In response to Paragraph 17 of the FAC, this paragraph consists of
18   legal conclusions to which no response is required.  To the extent a response is
19   required, Defendant admits that it marketed and sold strawberries grown by
20   NHH.  Defendant denies all remaining allegations in this paragraph.
21       18.      In response to Paragraph 18 of the FAC, this paragraph consists of
22   legal conclusions to which no response is required.  To the extent a response is
23   required, Defendant denies all allegations in this paragraph in their entirety.
24       19.      In response to Paragraph 19 of the FAC, Defendant lacks knowledge
25   or information sufficient to form a belief about the truth of the allegations and on
26   that basis denies the same.
27       20.      In response to Paragraph 20 of the FAC, this paragraph consists of
28   legal conclusions to which no response is required.  To the extent a response is

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

required, Defendant denies that NHH recruited, hired and supplied workers to it, and denies that NHH operated as a "labor contractor" under Cal. Labor Code § 2810.3 with respect to Defendant.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

21.     In response to Paragraph 21 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

22.     In response to Paragraph 22 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

23.     In response to Paragraph 23 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

24.     In response to Paragraph 24 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

25.     In response to Paragraph 25 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that the Gaspar Defendants acted on behalf of Defendant.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

26.     In response to Paragraph 26 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

27.     In response to Paragraph 27 of the FAC, this paragraph does not contain any allegations to be admitted or denied, and no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

28.     In response to Paragraph 28 of the FAC, this paragraph does not contain any allegations to be admitted or denied, and no response is required. To the extent a response is required, Defendant denies that it is a proper defendant in this case. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

29.     In response to Paragraph 29 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies that it engaged in any of the conduct described in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

30.     In response to Paragraph 30 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies that it engaged in any of the conduct described in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

31.     In response to Paragraph 31 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies that it is legally responsible for the occurrences and unlawful acts alleged in the FAC or for any alleged resulting damages or other relief being sought, and denies that it actually or proximately caused any

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1   damages being sought by Named Plaintiff and/or the members of the Putative

2   Class.  Defendant lacks knowledge or information sufficient to form a belief

3   about the truth of the remaining allegations in the subject paragraph and on that

4   basis denies the same.

5        32.      In response to Paragraph 32 of the FAC, this paragraph consists of

6   legal conclusions to which no response is required.  To the extent a response is

7   required, Defendant denies that it engaged in any of the conduct described in this

8   paragraph, and denies the alleged nature of Defendant's relationship with the

9   other named defendants.  Defendant lacks knowledge or information sufficient to

10  form a belief about the truth of the remaining allegations in the subject paragraph

11  and on that basis denies the same.

12       33.      In response to Paragraph 33 of the FAC, this paragraph does not

13  contain any allegations to be admitted or denied, and no response is required.  To

14  the extent a response is required, Defendant lacks knowledge or information

15  sufficient to form a belief about the truth of the allegations in the subject

16  paragraph and on that basis denies the same.

17                       **FACTUAL ALLEGATIONS**

18       34.      In response to Paragraph 34 of the FAC, Defendant lacks knowledge

19  or information sufficient to form a belief about the truth of the allegations in the

20  subject paragraph and on that basis denies the same.

21       35.      In response to Paragraph 35 of the FAC, Defendant lacks knowledge

22  or information sufficient to form a belief about the truth of the allegations in the

23  subject paragraph and on that basis denies the same.

24       36.      In response to Paragraph 36 of the FAC, Defendant lacks knowledge

25  or information sufficient to form a belief about the truth of the allegations in the

26  subject paragraph and on that basis denies the same.

27       37.      In response to Paragraph 37 of the FAC, this paragraph consists of

28  legal conclusions to which no response is required.  To the extent a response is

-8-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

required, Defendant denies that Named Plaintiff and/or any member of the Putative Class performed any work for Defendant.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

38.     In response to Paragraph 38 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it jointly employed Named Plaintiff and/or any member of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

39.     In response to Paragraph 39 of the FAC, Defendant denies that it engaged in any of the conduct described in this paragraph.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

40.     In response to Paragraph 40 of the FAC, Defendant denies that it engaged in any of the conduct described in this paragraph, and denies that it jointly employed Named Plaintiff and/or any member of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

41.     In response to Paragraph 41 of the FAC, Defendant denies that Named Plaintiff and/or the members of the Putative Class worked at any farms owned or operated by Defendant.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

42.     In response to Paragraph 42 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in this paragraph in their entirety.

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

43.     In response to Paragraph 43 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in this paragraph in their entirety.

44.     In response to Paragraph 44 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

45.     In response to Paragraph 45 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

46.     In response to Paragraph 46 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

47.     In response to Paragraph 47 of the FAC, Defendant denies that Named Plaintiff and the members of the Putative Class performed any work for (or were otherwise employed by) Defendant.   Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

48.     In response to Paragraph 48 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

49.     In response to Paragraph 49 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1  remaining allegations in the subject paragraph and on that basis denies the same.

2      50.       In response to Paragraph 50 of the FAC, Defendant denies that it

3  engaged in or can otherwise be held liable for any of the alleged conduct

4  referenced in this paragraph, and denies the implied allegation that it employed

5  Named Plaintiff and the members of the Putative Class.  Defendant lacks

6  knowledge or information sufficient to form a belief about the truth of the

7  remaining allegations in the subject paragraph and on that basis denies the same.

8      51.       In response to Paragraph 51 of the FAC, Defendant denies that it

9  engaged in or can otherwise be held liable for any of the alleged conduct

10  referenced in this paragraph, and denies the implied allegation that it employed

11  Named Plaintiff and the members of the Putative Class.  Defendant lacks

12  knowledge or information sufficient to form a belief about the truth of the

13  remaining allegations in the subject paragraph and on that basis denies the same.

14      52.       In response to Paragraph 52 of the FAC, Defendant denies that it

15  engaged in or can otherwise be held liable for any of the alleged conduct

16  referenced in this paragraph, and denies the implied allegation that it employed

17  Named Plaintiff and the members of the Putative Class.  Defendant lacks

18  knowledge or information sufficient to form a belief about the truth of the

19  remaining allegations in the subject paragraph and on that basis denies the same.

20      53.       In response to Paragraph 53 of the FAC, Defendant denies the

21  allegations in this paragraph as they pertain to Defendant itself in their entirety.

22  Defendant lacks knowledge or information sufficient to form a belief about the

23  truth of the remaining allegations in the subject paragraph and on that basis

24  denies the same.

25      54.       In response to Paragraph 54 of the FAC, Defendant denies the

26  allegations in this paragraph as they pertain to Defendant itself in their entirety.

27  Defendant lacks knowledge or information sufficient to form a belief about the

28  truth of the remaining allegations in the subject paragraph and on that basis

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1    denies the same.

2        55.        In response to Paragraph 55 of the FAC, Defendant denies that it

3    engaged in or can otherwise be held liable for any of the alleged conduct

4    referenced in this paragraph, and denies the implied allegation that it employed

5    Named Plaintiff and the members of the Putative Class.  Defendant lacks

6    knowledge or information sufficient to form a belief about the truth of the

7    remaining allegations in the subject paragraph and on that basis denies the same.

8        56.        In response to Paragraph 56 of the FAC, Defendant denies that it

9    engaged in or can otherwise be held liable for any of the alleged conduct

10   referenced in this paragraph, and denies the implied allegation that it employed

11   Named Plaintiff and the members of the Putative Class.  Defendant lacks

12   knowledge or information sufficient to form a belief about the truth of the

13   remaining allegations in the subject paragraph and on that basis denies the same.

14       57.        In response to Paragraph 57 of the FAC, Defendant denies that it

15   engaged in or can otherwise be held liable for any of the alleged conduct

16   referenced in this paragraph, and denies the implied allegation that it employed

17   Named Plaintiff and the members of the Putative Class.  Defendant lacks

18   knowledge or information sufficient to form a belief about the truth of the

19   remaining allegations in the subject paragraph and on that basis denies the same.

20       58.        In response to Paragraph 58 of the FAC, Defendant denies that it

21   engaged in or can otherwise be held liable for any of the alleged conduct

22   referenced in this paragraph, and denies the implied allegation that it employed

23   Named Plaintiff and the members of the Putative Class.  Defendant lacks

24   knowledge or information sufficient to form a belief about the truth of the

25   remaining allegations in the subject paragraph and on that basis denies the same.

26       59.        In response to Paragraph 59 of the FAC, Defendant denies that it

27   engaged in or can otherwise be held liable for any of the alleged conduct

28   referenced in this paragraph, and denies the implied allegation that it employed

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1   Named Plaintiff and the members of the Putative Class.  Defendant lacks

2   knowledge or information sufficient to form a belief about the truth of the

3   remaining allegations in the subject paragraph and on that basis denies the same.

4        60.        In response to Paragraph 60 of the FAC, Defendant denies that it

5   engaged in or can otherwise be held liable for any of the alleged conduct

6   referenced in this paragraph, and denies the implied allegation that it employed

7   Named Plaintiff and the members of the Putative Class.  Defendant lacks

8   knowledge or information sufficient to form a belief about the truth of the

9   remaining allegations in the subject paragraph and on that basis denies the same.

10       61.        In response to Paragraph 61 of the FAC, Defendant denies that it

11   engaged in or can otherwise be held liable for any of the alleged conduct

12   referenced in this paragraph, and denies the implied allegation that it employed

13   Named Plaintiff and the members of the Putative Class.  Defendant lacks

14   knowledge or information sufficient to form a belief about the truth of the

15   remaining allegations in the subject paragraph and on that basis denies the same.

16       62.        In response to Paragraph 62 of the FAC, Defendant denies that it

17   engaged in or can otherwise be held liable for any of the alleged conduct

18   referenced in this paragraph, and denies the implied allegation that it employed

19   Named Plaintiff and the members of the Putative Class.  Defendant lacks

20   knowledge or information sufficient to form a belief about the truth of the

21   remaining allegations in the subject paragraph and on that basis denies the same.

22       63.        In response to Paragraph 63 of the FAC, Defendant denies that it

23   engaged in or can otherwise be held liable for any of the alleged conduct

24   referenced in this paragraph, and denies the implied allegation that it employed

25   Named Plaintiff and the members of the Putative Class.  Defendant lacks

26   knowledge or information sufficient to form a belief about the truth of the

27   remaining allegations in the subject paragraph and on that basis denies the same.

28   / / /

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

64. In response to Paragraph 64 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

65. In response to Paragraph 65 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

66. In response to Paragraph 66 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

67. In response to Paragraph 67 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

68. In response to Paragraph 68 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1  knowledge or information sufficient to form a belief about the truth of the

2  remaining allegations in the subject paragraph and on that basis denies the same.

3      69.      In response to Paragraph 69 of the FAC, Defendant denies that it

4  engaged in or can otherwise be held liable for any of the alleged conduct

5  referenced in this paragraph, and denies the implied allegation that it employed

6  Named Plaintiff and the members of the Putative Class.  Defendant lacks

7  knowledge or information sufficient to form a belief about the truth of the

8  remaining allegations in the subject paragraph and on that basis denies the same.

9      70.      In response to Paragraph 70 of the FAC, Defendant denies that it

10  engaged in or can otherwise be held liable for any of the alleged conduct

11  referenced in this paragraph, and denies the implied allegation that it employed

12  Named Plaintiff and the members of the Putative Class.  Defendant lacks

13  knowledge or information sufficient to form a belief about the truth of the

14  remaining allegations in the subject paragraph and on that basis denies the same.

15      71.      In response to Paragraph 71 of the FAC, Defendant denies that it

16  engaged in or can otherwise be held liable for any of the alleged conduct

17  referenced in this paragraph, and denies the implied allegation that it employed

18  Named Plaintiff and the members of the Putative Class.  Defendant lacks

19  knowledge or information sufficient to form a belief about the truth of the

20  remaining allegations in the subject paragraph and on that basis denies the same.

21      72.      In response to Paragraph 72 of the FAC, Defendant denies that it

22  engaged in or can otherwise be held liable for any of the alleged conduct

23  referenced in this paragraph, and denies the implied allegation that it employed

24  Named Plaintiff and the members of the Putative Class.  Defendant lacks

25  knowledge or information sufficient to form a belief about the truth of the

26  remaining allegations in the subject paragraph and on that basis denies the same.

27      73.      In response to Paragraph 73 of the FAC, Defendant lacks knowledge

28  or information sufficient to form a belief about the truth of the remaining

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

allegations in the subject paragraph and on that basis denies the same.

74.     In response to Paragraph 74 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

75.     In response to Paragraph 75 of the FAC, including its subparts, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

76.     In response to Paragraph 76 of the FAC, including its subparts, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

77.     In response to Paragraph 77 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

78.     In response to Paragraph 78 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

79.      In response to Paragraph 79 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

80.      In response to Paragraph 80 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

81.      In response to Paragraph 81 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

82.      In response to Paragraph 82 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

83.      In response to Paragraph 83 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is

-17-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

84.     In response to Paragraph 84 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

85.     In response to Paragraph 85 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

86.     In response to Paragraph 86 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

87.     In response to Paragraph 87 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct

-18-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1   referenced in this paragraph, and denies the implied allegation that it employed
2   Named Plaintiff and the members of the Putative Class.  Defendant lacks
3   knowledge or information sufficient to form a belief about the truth of the
4   remaining allegations in the subject paragraph and on that basis denies the same.

5       88.      In response to Paragraph 88 of the FAC, Defendant lacks knowledge
6   or information sufficient to form a belief about the truth of the allegations and on
7   that basis denies the same.

8       89.      In response to Paragraph 89 of the FAC, Defendant denies that it
9   engaged in or can otherwise be held liable for any of the alleged conduct
10  referenced in this paragraph, and denies the implied allegation that it employed
11  Named Plaintiff.  Defendant lacks knowledge or information sufficient to form a
12  belief about the truth of the remaining allegations in the subject paragraph and on
13  that basis denies the same.

14      90.      In response to Paragraph 90 of the FAC, Defendant lacks knowledge
15  or information sufficient to form a belief about the truth of the allegations and on
16  that basis denies the same.

17      91.      In response to Paragraph 91 of the FAC, Defendant denies that it
18  engaged in or can otherwise be held liable for any of the alleged conduct
19  referenced in this paragraph, and denies the implied allegation that it employed
20  Named Plaintiff and the members of the Putative Class.  Defendant lacks
21  knowledge or information sufficient to form a belief about the truth of the
22  remaining allegations in the subject paragraph and on that basis denies the same.

23      92.      In response to Paragraph 92 of the FAC, Defendant denies that it
24  undertook any of the actions and omissions referenced in this paragraph, either
25  directly or through its agents..  Defendant lacks knowledge or information
26  sufficient to form a belief about the truth of the remaining allegations in the
27  subject paragraph and on that basis denies the same.

28  / / /

-19-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

**CLASS ACTION ALLEGATIONS**

93.     In response to Paragraph 93 of the FAC, this paragraph consists of a characterization of the claims being alleged and/or legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it employed the members of the Putative Class, and denies that the proposed class can be certified with respect to any alleged claims against Defendant.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the same.

94.     In response to Paragraph 94 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it employed the members of the Putative Class, and denies that the proposed class can be certified with respect to any alleged claims against Defendant.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the same.

95.     In response to Paragraph 95 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it employed the members of the Putative Class, and denies that the proposed class can be certified with respect to any alleged claims against Defendant.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the same.

96.     In response to Paragraph 96 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it employed the members of the Putative Class, and denies that the proposed class can be certified with respect to any alleged claims against Defendant.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

denies the same.

97.      In response to Paragraph 97 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it employed the members of the Putative Class, and denies that the proposed class can be certified with respect to any alleged claims against Defendant.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the same.

98.      In response to Paragraph 98 of the FAC, including its subparts, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it employed the members of the Putative Class, denies that the proposed class can be certified with respect to any alleged claims against Defendant, and denies that it engaged in or can otherwise be held liable for the alleged conduct referenced in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the same.

99.      In response to Paragraph 99 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it employed the members of the Putative Class, and denies that the proposed class can be certified with respect to any alleged claims against Defendant.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the same.

100.      In response to Paragraph 100 of the FAC, Defendant denies that it employed the members of the Putative Class, denies that the proposed class can be certified with respect to any alleged claims against Defendant, and denies that it has the names and addresses of the Putative Class members.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the

-21-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1    remaining allegations and on that basis denies the same.

2              **FLSA COLLECTIVE ACTION ALLEGATIONS**

3         101.      In response to Paragraph 101 of the FAC, this paragraph consists of

4    a characterization of the claims being alleged and/or legal conclusions to which

5    no response is required.  To the extent a response is required, Defendant denies

6    that it employed the members of the Putative Class, and denies that the proposed

7    class and the putative "FLSA Collective" can be certified with respect to any

8    alleged claims against Defendant.  Defendant lacks knowledge or information

9    sufficient to form a belief about the truth of the remaining allegations and on that

10   basis denies the same.

11        102.      In response to Paragraph 102 of the FAC, this paragraph consists of

12   legal conclusions to which no response is required.  To the extent a response is

13   required, Defendant denies that it employed the members of the Putative Class or

14   the putative "FLSA Collective."  Defendant lacks knowledge or information

15   sufficient to form a belief about the truth of the remaining allegations and on that

16   basis denies the same.

17              **CLIENT EMPLOYER LIABILITY**

18        103.      In response to Paragraph 103 of the FAC, Defendant incorporates by

19   reference its previous responses to Paragraphs 1 through 102 of the FAC.

20        104.      In response to Paragraph 104 of the FAC, Defendant admits that it is

21   a California corporation.  Defendant denies the remaining allegations in the

22   subject paragraph (including but not limited to the allegation that it is engaged in

23   the business of "berry production").

24        105.      In response to Paragraph 105 of the FAC, Defendant admits that it

25   sublet certain fields to NHH, and that the applicable sublease stated that NHH

26   would use the sublet premises for strawberry farming purposes.  Defendant lacks

27   knowledge or information sufficient to form a belief about the truth of the

28   allegation as to where Named Plaintiff and the members of the Putative Class

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1   performed work, and on that basis denies this allegation.  Defendant denies the
2   remaining allegations in the subject paragraph.

3       106.        In response to Paragraph 106 of the FAC, this paragraph consists of
4   legal conclusions to which no response is required.  To the extent a response is
5   required, Defendant denies the allegations in their entirety.

6       107.        In response to Paragraph 107 of the FAC, this paragraph consists of
7   legal conclusions to which no response is required.  To the extent a response is
8   required, Defendant denies the allegations in their entirety.

9       108.        In response to Paragraph 108 of the FAC, this paragraph consists of
10  legal conclusions to which no response is required.  To the extent a response is
11  required, Defendant denies that NHH is a "labor contractor" under Labor Code §
12  2810.3 with respect to Defendant.  Defendant lacks knowledge or information
13  sufficient to form a belief about the truth of the remaining allegations in the
14  subject paragraph and on that basis denies the same.

15      109.        In response to Paragraph 109 of the FAC, this paragraph consists of
16  legal conclusions to which no response is required.  To the extent a response is
17  required, Defendant denies the allegations in their entirety.

18      110.        In response to Paragraph 110 of the FAC, Defendant denies the
19  allegations in their entirety.

20      111.        In response to Paragraph 111 of the FAC, this paragraph consists of
21  legal conclusions to which no response is required.  To the extent a response is
22  required, Defendant denies the allegations in the subject paragraph in their
23  entirety.

24                    **JOINT EMPLOYER LIABILITY**

25      112.        In response to Paragraph 112 of the FAC, Defendant incorporates by
26  reference its previous responses to Paragraphs 1 through 111 of the FAC.

27      113.        In response to Paragraph 113 of the FAC, Defendant lacks
28  knowledge or information sufficient to form a belief about the truth of the

-23-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

allegation as to where Named Plaintiff and the members of the Putative Class performed work, and on that basis denies this allegation. Defendant denies the remaining allegations in the subject paragraph.

114.     In response to Paragraph 114 of the FAC, Defendant denies that it owns or operates the farm referenced in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

115.     In response to Paragraph 115 of the FAC, denies the allegations in the subject paragraph in their entirety.

116.     In response to Paragraph 116 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

117.     In response to Paragraph 117 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in the subject paragraph in their entirety.

**FIRST CLAIM FOR RELIEF**

118.     In response to Paragraph 118 of the FAC, Defendant incorporates by reference its previous responses to Paragraphs 1 through 117 of the FAC.

119.     In response to Paragraph 119 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

120.     In response to Paragraph 120 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

/ / /

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

121.     In response to Paragraph 121 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

122.     In response to Paragraph 122 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

123.     In response to Paragraph 123 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

124.     In response to Paragraph 124 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

125.     In response to Paragraph 125 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

126.     In response to Paragraph 126 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

127.     In response to Paragraph 127 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

128.     In response to Paragraph 128 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

129.     In response to Paragraph 129 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

**SECOND CLAIM FOR RELIEF**

130.     In response to Paragraph 130 of the FAC, Defendant incorporates by reference its previous responses to Paragraphs 1 through 129 of the FAC.

131.     In response to Paragraph 131 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

132.     In response to Paragraph 132 of the FAC, Defendant denies the allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the same.

/ / /

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

133.     In response to Paragraph 133 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

134.     In response to Paragraph 134 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

135.     In response to Paragraph 135 of the FAC, Defendant denies the allegation that it employed Named Plaintiff.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

136.     In response to Paragraph 136 of the FAC, Defendant denies the implied allegation that it employed the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

137.     In response to Paragraph 137 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

/ / /

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

138.     In response to Paragraph 138 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

139.     In response to Paragraph 139 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

140.     In response to Paragraph 140 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

141.     In response to Paragraph 141 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

142.     In response to Paragraph 142 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1   knowledge or information sufficient to form a belief about the truth of the

2   remaining allegations in the subject paragraph and on that basis denies the same.

3       143.     In response to Paragraph 143 of the FAC, Defendant denies that it

4   engaged in or can otherwise be held liable for any of the alleged conduct

5   referenced in this paragraph, and denies the implied allegation that it employed

6   Named Plaintiff and the members of the Putative Class.  Defendant lacks

7   knowledge or information sufficient to form a belief about the truth of the

8   remaining allegations in the subject paragraph and on that basis denies the same.

9       144.     In response to Paragraph 144 of the FAC, Defendant denies that it

10   engaged in or can otherwise be held liable for any of the alleged conduct

11   referenced in this paragraph, and denies the implied allegation that it employed

12   Named Plaintiff and the members of the Putative Class.  Defendant lacks

13   knowledge or information sufficient to form a belief about the truth of the

14   remaining allegations in the subject paragraph and on that basis denies the same.

15       145.     In response to Paragraph 145 of the FAC, Defendant denies that it

16   engaged in or can otherwise be held liable for any of the alleged conduct

17   referenced in this paragraph, and denies the implied allegation that it employed

18   Named Plaintiff and the members of the Putative Class.  Defendant lacks

19   knowledge or information sufficient to form a belief about the truth of the

20   remaining allegations in the subject paragraph and on that basis denies the same.

21       146.     In response to Paragraph 146 of the FAC, this paragraph consists of

22   legal conclusions to which no response is required.  To the extent a response is

23   required, Defendant denies that it engaged in or can otherwise be held liable for

24   any of the alleged conduct referenced in this paragraph, denies the implied

25   allegation that it employed Named Plaintiff and the members of the Putative

26   Class, and denies that it directly or proximately caused any alleged injuries to

27   Named Plaintiff and the members of the Putative Class.  Defendant lacks

28   knowledge or information sufficient to form a belief about the truth of the

-29-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1   remaining allegations in the subject paragraph and on that basis denies the same.

2   147.    In response to Paragraph 147 of the FAC, this paragraph consists of

3   legal conclusions to which no response is required.  To the extent a response is

4   required, Defendant denies that it engaged in or can otherwise be held liable for

5   any of the alleged conduct referenced in this paragraph, denies the implied

6   allegation that it employed Named Plaintiff and the members of the Putative

7   Class, and denies that Defendant can be held liable for the relief specified in this

8   paragraph.  Defendant lacks knowledge or information sufficient to form a belief

9   about the truth of the remaining allegations in the subject paragraph and on that

10  basis denies the same.

**THIRD CLAIM FOR RELIEF**

12  148.    In response to Paragraph 148 of the FAC, Defendant incorporates by

13  reference its previous responses to Paragraphs 1 through 147 of the FAC

14  149.    In response to Paragraph 149 of the FAC, this paragraph consists of

15  legal conclusions to which no response is required.  To the extent a response is

16  required, Defendant denies that it engaged in or can otherwise be held liable for

17  any of the alleged conduct referenced in this paragraph, and denies the implied

18  allegation that it employed Named Plaintiff and the members of the Putative

19  Class.  Defendant lacks knowledge or information sufficient to form a belief

20  about the truth of the remaining allegations in the subject paragraph and on that

21  basis denies the same.

22  150.    In response to Paragraph 150 of the FAC, Defendant denies that it

23  engaged in or can otherwise be held liable for any of the alleged conduct

24  referenced in this paragraph, and denies the implied allegation that it employed

25  Named Plaintiff and the members of the Putative Class.  Defendant lacks

26  knowledge or information sufficient to form a belief about the truth of the

27  remaining allegations in the subject paragraph and on that basis denies the same.

28  / / /

-30-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

151.     In response to Paragraph 151 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

152.     In response to Paragraph 152 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

153.     In response to Paragraph 153 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

154.     In response to Paragraph 154 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

155.     In response to Paragraph 155 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks

-31-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1   knowledge or information sufficient to form a belief about the truth of the

2   remaining allegations in the subject paragraph and on that basis denies the same.

3       156.        In response to Paragraph 156 of the FAC, Defendant denies the

4   allegations in their entirety with respect to itself.  Defendant lacks knowledge or

5   information sufficient to form a belief about the truth of the remaining allegations

6   in the subject paragraph and on that basis denies the same.

7       157.        In response to Paragraph 157 of the FAC, this paragraph consists of

8   legal conclusions to which no response is required.  To the extent a response is

9   required, Defendant lacks knowledge or information sufficient to form a belief

10  about the truth of the allegations in the subject paragraph and on that basis denies

11  the same.

12      158.        In response to Paragraph 158 of the FAC, this paragraph consists of

13  legal conclusions to which no response is required.  To the extent a response is

14  required, Defendant denies that it engaged in or can otherwise be held liable for

15  any of the alleged conduct referenced in this paragraph, denies the implied

16  allegation that it employed Named Plaintiff and the members of the Putative

17  Class, and denies that Defendant can be held liable for the relief specified in this

18  paragraph.  Defendant lacks knowledge or information sufficient to form a belief

19  about the truth of the remaining allegations in the subject paragraph and on that

20  basis denies the same.

21      159.        In response to Paragraph 159 of the FAC, this paragraph consists of

22  a characterization of the claims being alleged and/or legal conclusions to which

23  no response is required.  To the extent a response is required, Defendant denies

24  that it can be held liable for any of the relief specified in this paragraph.

25  Defendant lacks knowledge or information sufficient to form a belief about the

26  truth of the remaining allegations and on that basis denies the same.

27  / / /

28  / / /

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

# FOURTH CLAIM FOR RELIEF

160.     In response to Paragraph 160 of the FAC, Defendant incorporates by reference its previous responses to Paragraphs 1 through 159 of the FAC.

161.     In response to Paragraph 161 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

162.     In response to Paragraph 162 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

163.     In response to Paragraph 163 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

164.     In response to Paragraph 164 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

/ / /

-33-

## ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

1    165.    In response to Paragraph 165 of the FAC, Defendant denies that it

2    engaged in or can otherwise be held liable for any of the alleged conduct

3    referenced in this paragraph, and denies the implied allegation that it employed

4    Named Plaintiff and the members of the Putative Class.  Defendant lacks

5    knowledge or information sufficient to form a belief about the truth of the

6    remaining allegations in the subject paragraph and on that basis denies the same.

7    166.    In response to Paragraph 166 of the FAC, Defendant denies that it

8    engaged in or can otherwise be held liable for any of the alleged conduct

9    referenced in this paragraph, and denies the implied allegation that it employed

10   Named Plaintiff and the members of the Putative Class.  Defendant lacks

11   knowledge or information sufficient to form a belief about the truth of the

12   remaining allegations in the subject paragraph and on that basis denies the same.

13   167.    In response to Paragraph 167 of the FAC, Defendant denies that it

14   engaged in or can otherwise be held liable for any of the alleged conduct

15   referenced in this paragraph, and denies the implied allegation that it employed

16   Named Plaintiff and the members of the Putative Class.  Defendant lacks

17   knowledge or information sufficient to form a belief about the truth of the

18   remaining allegations in the subject paragraph and on that basis denies the same.

19   168.    In response to Paragraph 168 of the FAC, Defendant denies that it

20   engaged in or can otherwise be held liable for any of the alleged conduct

21   referenced in this paragraph, and denies the implied allegation that it employed

22   Named Plaintiff and the members of the Putative Class.  Defendant lacks

23   knowledge or information sufficient to form a belief about the truth of the

24   remaining allegations in the subject paragraph and on that basis denies the same.

25   169.    In response to Paragraph 169 of the FAC, this paragraph consists of

26   legal conclusions to which no response is required.  To the extent a response is

27   required, Defendant lacks knowledge or information sufficient to form a belief

28   about the truth of the allegations in the subject paragraph and on that basis denies

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1    the same.

2        170.        In response to Paragraph 170 of the FAC, this paragraph consists of

3    legal conclusions to which no response is required.  To the extent a response is

4    required, Defendant denies that it engaged in or can otherwise be held liable for

5    any of the alleged conduct referenced in this paragraph, denies the implied

6    allegation that it employed Named Plaintiff and the members of the Putative

7    Class, and denies that Defendant can be held liable for the relief specified in this

8    paragraph.  Defendant lacks knowledge or information sufficient to form a belief

9    about the truth of the remaining allegations in the subject paragraph and on that

10   basis denies the same.

11       171.        In response to Paragraph 171 of the FAC, this paragraph consists of

12   a characterization of the claims being alleged and/or legal conclusions to which

13   no response is required.  To the extent a response is required, Defendant denies

14   that it can be held liable for any of the relief specified in this paragraph.

15   Defendant lacks knowledge or information sufficient to form a belief about the

16   truth of the remaining allegations and on that basis denies the same.

17                            **FIFTH CLAIM FOR RELIEF**

18       172.        In response to Paragraph 172 of the FAC, Defendant incorporates by

19   reference its previous responses to Paragraphs 1 through 171 of the FAC.

20       173.        In response to Paragraph 173 of the FAC, this paragraph consists of

21   legal conclusions to which no response is required.  To the extent a response is

22   required, Defendant denies that it engaged in or can otherwise be held liable for

23   any of the alleged conduct referenced in this paragraph, denies the implied

24   allegation that it employed Named Plaintiff and the members of the Putative

25   Class, and denies that Defendant can be held liable for the relief specified in this

26   paragraph.  Defendant lacks knowledge or information sufficient to form a belief

27   about the truth of the remaining allegations in the subject paragraph and on that

28   basis denies the same.

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

## SIXTH CLAIM FOR RELIEF

174.     In response to Paragraph 174 of the FAC, Defendant incorporates by reference its previous responses to Paragraphs 1 through 173 of the FAC.

175.     In response to Paragraph 175 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

176.     In response to Paragraph 176 of the FAC, Defendant denies the allegations in their entirety with respect to itself.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

177.     In response to Paragraph 177 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

178.     In response to Paragraph 178 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

179.     In response to Paragraph 179 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1   knowledge or information sufficient to form a belief about the truth of the

2   remaining allegations in the subject paragraph and on that basis denies the same.

3       180.    In response to Paragraph 180 of the FAC, Defendant denies that it

4   engaged in or can otherwise be held liable for any of the alleged conduct

5   referenced in this paragraph, denies the implied allegation that it employed

6   Named Plaintiff and the members of the Putative Class, and denies that

7   Defendant can be held liable for the relief specified in this paragraph.  .

8   Defendant lacks knowledge or information sufficient to form a belief about the

9   truth of the remaining allegations in the subject paragraph and on that basis

10  denies the same.

11      181.    In response to Paragraph 181 of the FAC, Defendant denies that it

12  engaged in or can otherwise be held liable for any of the alleged conduct

13  referenced in this paragraph, denies the implied allegation that it employed

14  Named Plaintiff and the members of the Putative Class, and denies that

15  Defendant can be held liable for the relief specified in this paragraph.  Defendant

16  lacks knowledge or information sufficient to form a belief about the truth of the

17  remaining allegations in the subject paragraph and on that basis denies the same.

18      182.    In response to Paragraph 182 of the FAC, this paragraph consists of

19  legal conclusions to which no response is required.  To the extent a response is

20  required, Defendant lacks knowledge or information sufficient to form a belief

21  about the truth of the allegations in the subject paragraph and on that basis denies

22  the same.

23      183.    In response to Paragraph 183 of the FAC, this paragraph consists of

24  legal conclusions to which no response is required.  To the extent a response is

25  required, Defendant denies that it engaged in or can otherwise be held liable for

26  any of the alleged conduct referenced in this paragraph, denies the implied

27  allegation that it employed Named Plaintiff and the members of the Putative

28  Class, and denies that Defendant can be held liable for the relief specified in this

-37-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1  paragraph.  Defendant lacks knowledge or information sufficient to form a belief

2  about the truth of the remaining allegations in the subject paragraph and on that

3  basis denies the same.

4     184.    In response to Paragraph 184 of the FAC, this paragraph consists of

5  a characterization of the claims being alleged and/or legal conclusions to which

6  no response is required.  To the extent a response is required, Defendant denies

7  that it can be held liable for any of the relief specified in this paragraph.

8  Defendant lacks knowledge or information sufficient to form a belief about the

9  truth of the remaining allegations and on that basis denies the same.

10                    **SEVENTH CLAIM FOR RELIEF**

11     185.    In response to Paragraph 185 of the FAC, Defendant incorporates by

12  reference its previous responses to Paragraphs 1 through 184 of the FAC.

13     186.    In response to Paragraph 186 of the FAC, this paragraph consists of

14  legal conclusions to which no response is required.  To the extent a response is

15  required, Defendant lacks knowledge or information sufficient to form a belief

16  about the truth of the allegations and on that basis denies the same.

17     187.    In response to Paragraph 187 of the FAC, Defendant denies that it

18  engaged in or can otherwise be held liable for any of the alleged conduct

19  referenced in this paragraph, and denies the implied allegation that it employed

20  Named Plaintiff and the members of the Putative Class.  Defendant lacks

21  knowledge or information sufficient to form a belief about the truth of the

22  remaining allegations in the subject paragraph and on that basis denies the same.

23     188.    In response to Paragraph 188 of the FAC, this paragraph consists of

24  legal conclusions to which no response is required.  To the extent a response is

25  required, Defendant denies the allegations with respect to itself.  Defendant lacks

26  knowledge or information sufficient to form a belief about the truth of the

27  remaining allegations in the subject paragraph and on that basis denies the same.

28  / / /

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

189.     In response to Paragraph 189 of the FAC, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the same.

190.     In response to Paragraph 190 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

191.     In response to Paragraph 191 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

192.     In response to Paragraph 192 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class, and denies that Defendant can be held liable for the relief specified in this paragraph.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

193.     In response to Paragraph 193 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, denies the implied allegation that it employed Named Plaintiff and the members of the Putative

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

Class, and denies that it directly or proximately caused any alleged injuries to Named Plaintiff and the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

194.     In response to Paragraph 194 of the FAC, this paragraph consists of a characterization of the claims being alleged and/or legal conclusions to which no response is required. To the extent a response is required, Defendant denies that it can be held liable for any of the relief specified in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the same.

### EIGHTH CLAIM FOR RELIEF

195.     In response to Paragraph 195 of the FAC, Defendant incorporates by reference its previous responses to Paragraphs 1 through 194 of the FAC.

196.     In response to Paragraph 196 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

197.     In response to Paragraph 197 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

198.     In response to Paragraph 198 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

199.     In response to Paragraph 199 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

200.     In response to Paragraph 200 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

201.     In response to Paragraph 201 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class, and denies that Defendant can be held liable for the relief specified in this paragraph.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

202.     In response to Paragraph 202 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

203.     In response to Paragraph 203 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, denies the implied

-41-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

allegation that it employed Named Plaintiff and the members of the Putative Class, and denies that Defendant can be held liable for the relief specified in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

204.     In response to Paragraph 204 of the FAC, this paragraph consists of a characterization of the claims being alleged and/or legal conclusions to which no response is required. To the extent a response is required, Defendant denies that it can be held liable for any of the relief specified in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the same.

**NINTH CLAIM FOR RELIEF**

205.     In response to Paragraph 205 of the FAC, Defendant incorporates by reference its previous responses to Paragraphs 1 through 204 of the FAC.

206.     In response to Paragraph 206 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

207.     In response to Paragraph 207 of the FAC, this paragraph consists of legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

208.     In response to Paragraph 208 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

209.     In response to Paragraph 209 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

210.     In response to Paragraph 210 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class, and denies that Defendant can be held liable for the relief specified in this paragraph.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

211.     In response to Paragraph 211 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

212.     In response to Paragraph 212 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class, and denies that Defendant can be held liable for the relief specified in this paragraph.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1  basis denies the same.

2  213.  In response to Paragraph 213 of the FAC, this paragraph consists of

3  a characterization of the claims being alleged and/or legal conclusions to which

4  no response is required.  To the extent a response is required, Defendant denies

5  that it can be held liable for any of the relief specified in this paragraph.

6  Defendant lacks knowledge or information sufficient to form a belief about the

7  truth of the remaining allegations and on that basis denies the same.

8  **TENTH CLAIM FOR RELIEF**

9  214.  In response to Paragraph 214 of the FAC, Defendant incorporates by

10  reference its previous responses to Paragraphs 1 through 213 of the FAC.

11  215.  In response to Paragraph 215 of the FAC, this paragraph consists of

12  legal conclusions to which no response is required.  To the extent a response is

13  required, Defendant lacks knowledge or information sufficient to form a belief

14  about the truth of the allegations in the subject paragraph and on that basis denies

15  the same.

16  216.  In response to Paragraph 216 of the FAC, including its subparts,

17  Defendant denies that it engaged in or can otherwise be held liable for any of the

18  alleged conduct referenced in this paragraph, and denies the implied allegation

19  that it employed Named Plaintiff and the members of the Putative Class.

20  Defendant lacks knowledge or information sufficient to form a belief about the

21  truth of the remaining allegations in the subject paragraph and on that basis

22  denies the same.

23  217.  In response to Paragraph 217 of the FAC, Defendant denies that it

24  engaged in or can otherwise be held liable for any of the alleged conduct

25  referenced in this paragraph, and denies the implied allegation that it employed

26  Named Plaintiff and the members of the Putative Class.  Defendant lacks

27  knowledge or information sufficient to form a belief about the truth of the

28  remaining allegations in the subject paragraph and on that basis denies the same.

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

218.     In response to Paragraph 218 of the FAC, this paragraph consists of a characterization of the claims being alleged and/or legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it can be held liable for any of the relief specified in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the same.

219.     In response to Paragraph 219 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the subject paragraph and on that basis denies the same.

220.     In response to Paragraph 220 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class, and denies that Defendant can be held liable for the relief specified in this paragraph.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

221.     In response to Paragraph 221 of the FAC, this paragraph consists of a characterization of the claims being alleged and/or legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it can be held liable for any of the relief specified in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and on that basis denies the same.

/ / /

/ / /

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

**ELEVENTH CLAIM FOR RELIEF**

222.    In response to Paragraph 222 of the FAC, Defendant incorporates by reference its previous responses to Paragraphs 1 through 221 of the FAC.

223.    In response to Paragraph 223 of the FAC, this paragraph consists of a characterization of the claims being alleged and/or legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class, and denies that Defendant can be held liable for the relief specified in this paragraph.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

224.    In response to Paragraph 224 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

225.    In response to Paragraph 225 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

226.    In response to Paragraph 226 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks

-46-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1    knowledge or information sufficient to form a belief about the truth of the

2    remaining allegations in the subject paragraph and on that basis denies the same.

3       227.       In response to Paragraph 227 of the FAC, Defendant denies that it

4    engaged in or can otherwise be held liable for any of the alleged conduct

5    referenced in this paragraph, and denies the implied allegation that it employed

6    Named Plaintiff and the members of the Putative Class.  Defendant lacks

7    knowledge or information sufficient to form a belief about the truth of the

8    remaining allegations in the subject paragraph and on that basis denies the same.

9       228.       In response to Paragraph 228 of the FAC, Defendant denies that it

10   engaged in or can otherwise be held liable for any of the alleged conduct

11   referenced in this paragraph, and denies the implied allegation that it employed

12   Named Plaintiff and the members of the Putative Class.  Defendant lacks

13   knowledge or information sufficient to form a belief about the truth of the

14   remaining allegations in the subject paragraph and on that basis denies the same.

15      229.       In response to Paragraph 229 of the FAC, Defendant denies that it

16   engaged in or can otherwise be held liable for any of the alleged conduct

17   referenced in this paragraph, and denies the implied allegation that it employed

18   Named Plaintiff and the members of the Putative Class.  Defendant lacks

19   knowledge or information sufficient to form a belief about the truth of the

20   remaining allegations in the subject paragraph and on that basis denies the same.

21      230.       In response to Paragraph 230 of the FAC, Defendant denies that it

22   engaged in or can otherwise be held liable for any of the alleged conduct

23   referenced in this paragraph, and denies the implied allegation that it employed

24   Named Plaintiff and the members of the Putative Class.  Defendant lacks

25   knowledge or information sufficient to form a belief about the truth of the

26   remaining allegations in the subject paragraph and on that basis denies the same.

27      231.       In response to Paragraph 231 of the FAC, Defendant denies that it

28   engaged in or can otherwise be held liable for any of the alleged conduct

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

232.     In response to Paragraph 232 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

233.     In response to Paragraph 233 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

234.     In response to Paragraph 234 of the FAC, this paragraph consists of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

235.     In response to Paragraph 235 of the FAC, this paragraph consists of a characterization of the claims being alleged and/or legal conclusions to which no response is required.  To the extent a response is required, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

referenced in this paragraph, denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class, and denies that it can be held liable for the relief specified in this paragraph. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

236.    In response to Paragraph 236 of the FAC, Defendant denies that it engaged in (or is engaging in) or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

237.    In response to Paragraph 237 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

238.    In response to Paragraph 238 of the FAC, Defendant denies that it engaged in or can otherwise be held liable for any of the alleged conduct referenced in this paragraph, and denies the implied allegation that it employed Named Plaintiff and the members of the Putative Class. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in the subject paragraph and on that basis denies the same.

## TWELFTH CLAIM FOR RELIEF

239.    In response to Paragraph 239 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

240.     In response to Paragraph 240 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

241.     In response to Paragraph 241 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

242.     In response to Paragraph 242 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

243.     In response to Paragraph 243 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

244.     In response to Paragraph 244 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

### THIRTEENTH CLAIM FOR RELIEF

245.     In response to Paragraph 245 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

246.     In response to Paragraph 246 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

247.     In response to Paragraph 247 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

248.     In response to Paragraph 248 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

249.     In response to Paragraph 249 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

250.     In response to Paragraph 250 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

251.     In response to Paragraph 251 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

252.     In response to Paragraph 252 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

253.     In response to Paragraph 253 of the FAC, this cause of action is not alleged against Defendant, and there are therefore no allegations in this paragraph for Defendant to admit or deny.

### ATTORNEYS' FEES AND COSTS

254.     In response to the claim for attorney's fees and costs at page 43 of the FAC, Defendant denies the allegations contained therein, and denies that it can be held liable for any attorneys' fees, costs of suit, or any other legal or equitable relief to Named Plaintiff or the members of the Putative Class.

### PRAYER FOR RELIEF

255.     In response to the prayer for relief at pages 43 through 46 of the FAC, Defendant denies the allegations contained therein, and denies that it can be held liable for any damages, penalties, interest, attorneys' fees, costs of suit, or any other legal or equitable relief to Named Plaintiff or the members of the Putative Class.

/ / /

/ / /

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

**DENIAL OF REMAINING ALLEGATIONS**

256.     To the extent the FAC contains allegations against Defendant that have not been admitted or denied above, Defendants deny each and every such allegation.

**AFFIRMATIVE DEFENSES**

257.     Defendant alleges the defenses set forth below including some of which are pleaded in the alternative.  In doing so, Defendant assumes no affirmative burden of proof not otherwise required under applicable law. Defendant continues to investigate the matters alleged in the FAC and no discovery has yet been exchanged.  Defendant reserves its right to amend its Answer and to assert additional separate and affirmative defenses as this action proceeds.

**first AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

258.     As a first, separate and affirmative defense, Defendant alleges that the FAC and each cause of action therein fails to state a claim against Defendant on which relief can be granted.

**second AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

259.     As a second, separate and affirmative defense, Defendant alleges that the FAC is barred, in whole or in part, by the applicable statute of limitations, including but not limited to 29 U.S.C. § 255, California Labor Code §§ 203(b), 338(a), and 340(a), California Business & Professions Code § 17208, and California Code of Civil Procedure §§ 337 and 339.

**third AFFIRMATIVE DEFENSE**

**(No Employment Relationship)**

260.     As a third, separate and affirmative defense, Defendant alleges that the FAC is barred with respect to Defendant because it did not employ Named

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiff or the members of the Putative Class, either directly or indirectly, or as a joint or client employer.

## fourth AFFIRMATIVE DEFENSE

### (Contractual Indemnity)

261.    As a fourth, separate and affirmative defense, Defendant alleges that the it is entitled to contractual indemnity from other named defendants for the relief being sought against it in the FAC.

## fifth AFFIRMATIVE DEFENSE

### (No Willful Failure to Pay Wages)

262.    As a fifth, separate and affirmative defense, Defendant alleges that the FAC's sixth cause of action is barred with respect to Defendant because any alleged failure by Defendant to timely pay final wages upon termination or resignation to Named Plaintiff and the members of the Putative Class, although such is not admitted here, was not willful..

## sixth AFFIRMATIVE DEFENSE

### (No Injury)

263.    As a sixth, separate and affirmative defense, Defendant alleges that the FAC's tenth cause of action is barred with respect to Defendant because Named Plaintiff and the members of the Putative Class did not suffer any injury as a result of any alleged failure to provide accurate wage statements, although such is not admitted here.

## seventh AFFIRMATIVE DEFENSE

### (No Knowing and Intentional Failure to Provide Wage Statements)

264.    As a seventh, separate and affirmative defense, Defendant alleges that the FAC's tenth cause of action is barred with respect to Defendant because any alleged failure to provide accurate wage statements to Named Plaintiff and the members of the Putative Class, although such is not admitted here, was not knowing and intentional, and/or was the result of an isolated and unintentional

-53-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

1  error due to a clerical or inadvertent mistake.

2                        **eighth AFFIRMATIVE DEFENSE**

3                 **(No Derivative Penalties on Meal/Rest Claims)**

4        265.       As an eighth, separate and affirmative defense, Defendant alleges

5  that the FAC's sixth and tenth causes of action are barred with respect to

6  Defendant to the extent they are derivative of the FAC's alleged meal or rest

7  period violations.

8                        **ninth AFFIRMATIVE DEFENSE**

9                 **(No Unfair, Unlawful, or Fraudulent Business Act)**

10       266.       As a ninth, separate and affirmative defense, Defendant alleges that

11  the FAC's eleventh cause of action is barred with respect to Defendant because

12  any alleged conduct of Defendant was not unlawful, unfair, or fraudulent under

13  Cal. Bus. & Prof. Code §§ 17200 et seq., as Defendant sought to and did comply

14  in good faith with applicable labor rules and regulations.

15                       **tenth AFFIRMATIVE DEFENSE**

16                       **(Defense to Underlying Action)**

17       267.       As a tenth, separate and affirmative defense, Defendant alleges that

18  all defenses to any underlying claims also constitute a defense to the eleventh

19  cause of action under Cal. Bus. & Prof. Code § 17200.

20                      **eleventh AFFIRMATIVE DEFENSE**

21                            **(No Causation)**

22       268.       As an eleventh, separate and affirmative defense, Defendant alleges

23  that the FAC is barred, in whole or in part, with respect to Defendant because no

24  act or omission by Defendant caused the alleged injuries to Named Plaintiff and

25  the members of the Putative Class; rather, the alleged injuries complained of in

26  the FAC (although such are not admitted here) were caused by the acts and

27  omissions of parties other than Defendant.

28  ///

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

## twelfth AFFIRMATIVE DEFENSE

### (Waiver and Release)

269.     As a twelfth, separate and affirmative defense, Defendant alleges that the FAC is barred, in whole or in part, to the extent Named Plaintiff and the members of the Putative Class, or any of them, have released and/or waived the claims alleged in the FAC.

## thirteenth AFFIRMATIVE DEFENSE

### (Equitable Defenses)

270.     As a thirteenth, separate and affirmative defense, Defendant alleges that the FAC is barred, in whole or in part, with respect to Defendant by the equitable doctrines of consent, waiver, estoppel, unclean hands, and/or laches.

## fourteenth AFFIRMATIVE DEFENSE

### (Not a Proper Class Action)

271.     As a fourteenth, separate and affirmative defense, Defendant alleges that the claims alleged in the FAC are not suitable for class treatment, and that the proposed class does not meet applicable class certification requirements.

## fifteenth AFFIRMATIVE DEFENSE

### (No Numerosity)

272.     As a fifteenth, separate and affirmative defense, Defendant alleges that the proposed class is not numerous enough to warrant class treatment of their alleged claims.

## sixteenth AFFIRMATIVE DEFENSE

### (No Common Questions of Law or Fact)

273.     As a sixteenth, separate and affirmative defense, Defendant alleges that questions of law or fact common to the proposed class do not exist, and that the proposed class-wide proceeding will not generate common answers apt to drive the resolution of this litigation.

/ / /

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

1

**seventeenth AFFIRMATIVE DEFENSE**

2

**(Named Plaintiff Not Typical)**

3        274.        As a seventeenth, separate and affirmative defense, Defendant

4    alleges that Named Plaintiff's claims are not typical of the claims of the proposed

5    class he seeks to represent.

6

**eighteenth AFFIRMATIVE DEFENSE**

7

**(Adequacy)**

8        275.        As an eighteenth, separate and affirmative defense, Defendant

9    alleges that Named Plaintiff and his representatives will not fairly and adequately

10    protect the interests of the proposed class.

11

**nineteenth AFFIRMATIVE DEFENSE**

12

**(Individualized Issues Predominate)**

13        276.        As a nineteenth, separate and affirmative defense, Defendant alleges

14    that questions of law and fact affecting only individual members of the proposed

15    class predominate over any common questions of law or fact.

16

**twentieth AFFIRMATIVE DEFENSE**

17

**(Class Proceedings Not Superior)**

18        277.        As a twentieth, separate and affirmative defense, Defendant alleges

19    that a class action is not superior to other available methods for fairly and

20    efficiently adjudicating any controversy between Defendant and the members of

21    the proposed class..

22

**twenty-first AFFIRMATIVE DEFENSE**

23

**(No Attorneys' Fees)**

24        278.        As a twenty-first, separate and affirmative defense, Defendant

25    alleges that the FAC does not state facts sufficient to entitle Named Plaintiff or

26    the members of the Putative Class costs of suit or an award of attorneys' fees

27    against Defendant.

28    / / /

-56-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

## twenty-second AFFIRMATIVE DEFENSE

### (Arbitration)

279.     As a twenty-first, separate and affirmative defense, Defendant alleges that Named Plaintiff and the members of the Putative Class are precluded from litigating this matter in this Court to the extent an agreement exists between any defendant and Named Plaintiff, or between any defendant and any member of the Putative Class, that expressly provides for the arbitration of the claims alleged in the FAC.

## twenty-third AFFIRMATIVE DEFENSE

### (Offset)

280.     As a twenty-first, separate and affirmative defense, Defendant alleges that causes of action in the FAC should be barred or recovery reduced because some or all of the damages claimed by Named Plaintiff and the members of the Putative Class, although such are not admitted here, are offset by compensation paid but not required.

## twenty-fourth AFFIRMATIVE DEFENSE

### (Failure to Comply with Directions of Employer)

281.     As a twenty-first, separate and affirmative defense, Defendant alleges that any alleged wrongdoing by Defendant, although such is not admitted here, arose from the failure of Named Plaintiff and the members of the Putative Class to substantially comply with the directions of their employer, as required by Labor Code § 2856.

## RESERVATION OF DEFENSES

Defendant currently has insufficient information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available.  Accordingly, Defendant reserves the right to assert additional affirmative defenses in the event discovery indicates such defenses would be appropriate.

-57-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

**WHEREFORE**, Defendant prays:

1. That all relief requested in the FAC be denied;

2. That Plaintiff take nothing by virtue of this action;

3. That Defendant be dismissed as a party to this action;

4. For costs of suit and attorneys' fees incurred herein; and

5. For such other and further relief as the Court may deem proper.

**DATED:**   April 21, 2020                    **MULLEN & HENZELL L.L.P.**

By: _____

Rafael Gonzalez
Brian T. Daly

**Attorneys for Defendant
JDB PRO, INC. DBA CENTRAL
WEST PRODUCE**

G:\24715\0001\PLEAD\MX9557.DOCX

-58-

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

**PROOF OF SERVICE**
**(Code Civ. Proc. §§ 1013a & 2015.5)**

I am employed in the County of Santa Barbara, State of California. I am over 18 years of age and not a party to the within action. My business address is 112 East Victoria Street, Santa Barbara, California 93101.

On April 21, 2020, I caused to be served **ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT BY DEFENDANT JDB PRO, INC. DBA CENTRAL WEST PRODUCE** on the interested party(ies) in this action, addressed as follows:

*Service List Attached*

☒ BY MAIL: I am readily familiar with the Mullen & Henzell L.L.P. practice for collection and processing of correspondence for mailing with the United States Postal Service (USPS). The correspondence indicated above would be deposited with the USPS the same date as this declaration in the ordinary course of business. The correspondence was placed for deposit with the USPS at the offices of Mullen & Henzell L.L.P., 112 East Victoria Street, Santa Barbara, California. The envelope(s) was/were sealed with postage fully prepaid on this date and placed for collection and mailing following ordinary business practices and addressed as indicated above.

☐ BY FEDERAL EXPRESS (FedEx) / UNITED PARCEL SERVICE (UPS) / OTHER (Specify) OVERNIGHT DELIVERY: I left the above-referenced document(s) for delivery at a FedEx / UPS / Other (Specify) drop off location in a sealed envelope addressed as indicated above, with fees for delivery fully prepaid.

☒ BY PERSONAL SERVICE: I caused the above-referenced document(s) to be hand delivered to the party(ies) at the address(es) indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **April 21, 2020**, at Santa Barbara, California.

Lorraine Ramirez

*Gutierrez v. New Hope Harvesting*
Case No. 2:19-cv-07077-FNI-AFM

## SERVICE LIST

ATTORNEY(S) FOR PLAINTIFF:

    MARCO A. PALAU, ESQ.
    JOSEPH D. SUTTON, ESQ.
    ERIC S. TRABUCCO, ESQ.
    ADVOCATES FOR WORKER RIGHTS LLP
    212 9TH STREET, SUITE 314
    OAKLAND, CA 94607
    TEL:    (510) 269-4200
    EMAIL: MARCO@ADVOCATESFORWORKERS.COM
           JDS@ADVOCATESFORWORKERS.COM
           EST@ADVOCATESFORWORKERS.COM

ALSO VIA E-MAIL TO:

    CRICECRLAF@COMCAST.NET
    VCHAVEZ@CENTROLEGAL.ORG
    CGUEVARAZAMORA@CRLAF.ORG
    EKAUTZ@CRLAF.ORG

ATTORNEY(S) FOR DEFENDANTS:

    KFINK@FINKLAWFIRM.COM
    SHERNANDEZ@FINKLAWFIRM.COM
    RVASQUEZ@FINKLAWFIRM.COM

*Gutierrez v. New Hope Harvesting*
**Case No. 2:19-cv-07077-FNI-AFM**