UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEW HOPE HARVESTING, LLC.; GUADALUPE GASPAR; EUGENIA GASPAR MARTINEZ; ARACELI GASPAR GASPAR MARTINEZ; and JDB PRO, INC., d/b/a CENTRAL WEST PRODUCE, Inclusive<br><br>　　　　Defendants. | Case No.:  2:19-cv-07077-FMO-AFM<br><br>**ORDER ON STIPULATION [56] MODIFYING SCHEDULE TO FILE AMENDED COMPLAINT AND DISCOVERY CUTOFF DATE**<br><br>**FRCP 16 and 15** |

　　　Having reviewed the Stipulation of the Parties and for good cause appearing, the schedule is hereby modified as follows: 1) the deadline to move to amend the pleadings is reset from July 31, 2020 to September 4, 2020, and 2) the factual discovery cutoff date is reset from October 15, 2020 to December 18, 2020.

　　　IT IS SO ORDERED.

Date: August 3, 2020　　　　　　　　　　/s/  Fernando M. Olguin     .
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE