# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GUTIERREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW HOPE HARVESTING, LLC, et al.,<br><br>    Defendants. | Case No. CV 19-7077 FMO (AFMx)<br><br>**ORDER RE: FURTHER PROCEEDINGS** |

Having reviewed the parties' Stipulation to Modify Schedule (Dkt. 67, "Stipulation"), and finding good cause shown, IT IS ORDERED THAT:

1. The Stipulation **(Document No.67)** is **granted** as set forth in this Order.[1]

2. All expert discovery shall be completed by **June 30, 2021**. The parties must serve their Initial Expert Witness Disclosures no later than **April 29, 2021**. Rebuttal Expert Witness Disclosures shall be served no later than **May 30, 2021**. The parties should commence expert discovery shortly after the initial designation of experts, because Local Rules 7-3 and 37-1 require ample time to meet and confer as well as brief the matters, and because the final pretrial conference and trial dates will not be continued merely because expert discovery is still underway.

---

[1] Except as set forth in this Order, the parties shall comply with all of the requirements set forth in the court's Case Management Order of October 18, 2019, (Dkt. 16). The dates set forth in the Court's Order of August 3, 2020, (Dkt. 57), remain in effect.

3.  Any motion for class certification shall be filed no later than **July 30, 2021**, and noticed for hearing regularly under the Local Rules.  Any untimely or non-conforming motion will be denied.  *The motion for class certification shall comply with the requirements set forth in the Court's Order Re: Motions for Class Certification issued contemporaneously with the filing of this Order.*

4.  Any motion for summary judgment or other potentially dispositive motion shall be filed no later than **August 30, 2021**, and noticed for hearing regularly under the Local Rules.  Any untimely or non-conforming motion will be denied.  *All potentially dispositive motions shall comply with the requirements set forth in the Court's Order Re: Summary Judgment Motions issued on October 18, 2019, (Dkt. 17).*  Each party is allowed one potentially dispositive motion.

5.  The previously set trial and hearing dates and related deadlines will be reset after the resolution of any dispositive motions and the motion for class certification.

Dated this 14th day of October, 2020.

/s/
Fernando M. Olguin
United States District Judge