# CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in this lawsuit as to my claims for wages with respect to labor I performed for New Hope Harvesting, LLC (Guadalupe Gaspar) in the State of California between November 1, 2017 and the present.

This  09                   day of November of 2020.

Signature:  [Miguel Angel Gutierrez Olmos]

Name (printed):  Miguel Gutierrez

Address:  Calle Ignacio Allende #404

Neighborhood or Colony (if applicable):  Colonia Vicente Gurrero

Municipality or City:  Maclovio Rojas

State:  Baja California

Zip Code:  N/A

Telephone (house or neighbor):  +52-616-117-0436

Employer ID Number (if known):  [REDACTED]

## CONSENTIMIENTO PARA DEMANDAR

Yo, mediante el presente consiento ser parte de los Demandantes en esta demanda respecto a mis reclamos por salarios en las labores que realice para New Hope Harvesting, LLC (Guadalupe Gaspar) en el Estado de California en el periodo entre Noviembre 1 del 2017 a la fecha presente.

El __09__ dia del mes de __11__ del 2020.

Firma: _Miguel Angel Gutierrez Olmos_

Nombre (escrito): Miguel Gutierrez

Domicilio: Calle Ignacio Allende #404

Barrio o Colonia (en caso que aplique): Colonia Vicente Guerrero

Municipio o Ciudad: Maclovio Rojas

Estado: Baja California

Codigo Postal: N/A

Telefono (propio o de conocido): +52-616-117-0436

Numero de ID de empleador (si lo sabe): 81-0788337