Marco A. Palau, State Bar No. 242340
Joseph D. Sutton, State Bar No. 269951
Eric S. Trabucco, State Bar No. 295473
ADVOCATES FOR WORKER RIGHTS LLP
212 9th Street, Suite 314
Oakland, CA 94607
Telephone: (510) 269-4200
marco@advocatesforworkers.com
jds@advocatesforworkers.com
est@advocatesforworkers.com

Cynthia L. Rice, SBN 87630
Verónica Melendez, SBN 294106
Cecilia Guevara Zamora, SBN 307159
Ezra Kautz, SBN 330352
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone:  (916) 446-7904
Facsimile:   (916) 446-3057
cricecrlaf@comcast.net
cguevarazamora@crlaf.org
vmelendez@crlaf.org
ekautz@crlaf.org

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GUTIERREZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>NEW HOPE HARVESTING, LLC.; GUADALUPE GASPAR; EUGENIA GASPAR MARTINEZ; ARACELI GASPAR GASPAR MARTINEZ; and JDB PRO, INC., d/b/a CENTRAL WEST PRODUCE, Inclusive<br><br>    Defendants. | Case No.:  2:19-cv-07077-FMO-AFM<br><br>**NOTICE OF FILING FLSA CONSENT FORM**<br><br>**[29 U.S.C. § 216]** |

1  Please take notice that Plaintiff, through counsel of record, hereby files the FLSA
2  Consent Form attached hereto as Exhibit A pursuant to 29 U.S.C. §216.

Date: November 16, 2020           **ADVOCATES FOR WORKER RIGHTS LLP**

/s/ Marco A. Palau

_____
*Attorney for Plaintiff*

# CONSENT TO SUE

I HEREBY CONSENT to be a party Plaintiff in this lawsuit as to my claims for wages with respect to labor I performed for New Hope Harvesting, LLC (Guadalupe Gaspar) in the State of California between November 1, 2017 and the present.

This 09 day of November of 2020.

Signature: [Miguel Angel Gutierrez Olmos]

Name (printed): Miguel Gutierrez

Address: Calle Ignacio Allende #404

Neighborhood or Colony (if applicable): Colonia Vicente Gurrero

Municipality or City: Maclovio Rojas

State: Baja California

Zip Code: N/A

Telephone (house or neighbor): +52-616-117-0436

Employer ID Number (if known): [REDACTED]

## CONSENTIMIENTO PARA DEMANDAR

Yo, mediante el presente consiento ser parte de los Demandantes en esta demanda respecto a mis reclamos por salarios en las labores que realice para New Hope Harvesting, LLC (Guadalupe Gaspar) en el Estado de California en el periodo entre Noviembre 1 del 2017 a la fecha presente.

El __09__ dia del mes de __11__ del 2020.

Firma: _Miguel Angel Gutierrez Olmos_

Nombre (escrito): Miguel Gutierrez

Domicilio: Calle Ignacio Allende #404

Barrio o Colonia (en caso que aplique): Colonia Vicente Guerrero

Municipio o Ciudad: Maclovio Rojas

Estado: Baja California

Codigo Postal: N/A

Telefono (propio o de conocido): +52-616-117-0436

Numero de ID de empleador (si lo sabe): 81-0788337