Marco A. Palau, State Bar No. 242340
Joseph D. Sutton, State Bar No. 269951
Eric S. Trabucco, State Bar No. 295473
ADVOCATES FOR WORKER RIGHTS LLP
212 9th Street, Suite 314
Oakland, CA 94607
Telephone: (510) 269-4200
marco@advocatesforworkers.com
jds@advocatesforworkers.com
est@advocatesforworkers.com

Cynthia L. Rice, SBN 87630
Verónica Melendez, SBN 294106
Cecilia Guevara Zamora, SBN 307159
Ezra Kautz, SBN 330352
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone:  (916) 446-7904
Facsimile:   (916) 446-3057
cricecrlaf@comcast.net
cguevarazamora@crlaf.org
vmelendez@crlaf.org
ekautz@crlaf.org

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GUTIERREZ,<br><br>              Plaintiff,<br><br>       vs.<br><br>NEW HOPE HARVESTING, LLC.; GUADALUPE GASPAR; EUGENIA GASPAR MARTINEZ; ARACELI GASPAR GASPAR MARTINEZ; and JDB PRO, INC., d/b/a CENTRAL WEST PRODUCE, Inclusive<br><br>              Defendants. | Case No.:  2:19-cv-07077-FMO-AFM<br><br>**NOTICE OF FILING FLSA CONSENT FORM**<br><br>**[29 U.S.C. § 216]** |

1  Please take notice that Plaintiff, through counsel of record, hereby files the FLSA
2  Consent Form attached hereto as Exhibit A pursuant to 29 U.S.C. §216.

4  Date: December 21, 2020            **ADVOCATES FOR WORKER RIGHTS LLP**

5  /s/ Marco A. Palau

   _____
   *Attorney for Plaintiff*