**CONSENT TO SUE**

    I HEREBY CONSENT to be a party Plaintiff in this lawsuit as to my claims for wages with respect to labor I performed for New Hope Harvesting, LLC (Guadalupe Gaspar) in the State of California between November 1, 2017 and the present.

This __21st__ day of __December__ of 2020.

Signature: __[Claudia Flores Hernandez]__

Name (printed): __Claudia Flores Hernández__

Address: __Avenida Fundadores__

Neighborhood or Colony (if applicable): __N/A__

Municipality or City: __San Quintín__

State: __Baja California__

Zip Code: __N/A__

Telephone (house or neighbor): __+52-616-113-9397__

Employer ID Number (if known): __[REDACTED]__

## CONSENTIMIENTO PARA DEMANDAR

Yo, mediante el presente consiento ser parte de los Demandantes en esta demanda respecto a mis reclamos por salarios en las labores que realice para New Hope Harvesting, LLC (Guadalupe Gaspar) en el Estado de California en el periodo entre Noviembre 1 del 2017 a la fecha presente.

El  21  dia del mes de  diciembre  del 2020.

Firma: *Claudia flores hernandez*

Nombre (escrito): Claudia Flores Hernández

Domicilio: Avenida Fundadores

Barrio o Colonia (en caso que aplique): N/A

Municipio o Ciudad: San Quintín

Estado: Baja California

Código Postal: N/A

teléfono (propio o de conocido): 616-113-9397

Numero de ID de empleador (si lo sabe): ▮