Marco A. Palau, State Bar No. 242340
Joseph D. Sutton, State Bar No. 269951
Eric S. Trabucco, State Bar No. 295473
ADVOCATES FOR WORKER RIGHTS LLP
212 9th Street, Suite 314
Oakland, CA 94607
Telephone: (510) 269-4200
marco@advocatesforworkers.com
jds@advocatesforworkers.com
est@advocatesforworkers.com

Cynthia L. Rice, SBN 87630
Verónica Melendez, SBN 294106
Cecilia Guevara Zamora, SBN 307159
Ezra Kautz, SBN 330352
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone:  (916) 446-7904
Facsimile:   (916) 446-3057
cricecrlaf@comcast.net
cguevarazamora@crlaf.org
vmelendez@crlaf.org
ekautz@crlaf.org

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GUTIERREZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>NEW HOPE HARVESTING, LLC.; GUADALUPE GASPAR; EUGENIA GASPAR MARTINEZ; ARACELI GASPAR GASPAR MARTINEZ; and JDB PRO, INC., d/b/a CENTRAL WEST PRODUCE, Inclusive<br><br>            Defendants. | Case No.:  2:19-cv-07077-FMO-AFM<br><br>**ORDER MODIFYING SCHEDULE**<br><br>**FRCP 16** |

ORDER TO MODIFY SCHEDULE

Having reviewed the Stipulation of the Parties and for good cause appearing, the schedule is hereby modified as follows:

1) The deadline to complete fact discovery is extended solely for the following:
   a. The deadline to complete depositions of Guadalupe Gaspar, FLSA opt-in plaintiffs, and other workers/potential class members is extended to 60 days after the Court issues a ruling on any motions for summary judgment related to Central West Produce's status as joint employer under federal and state law and as a client employer under Cal. Labor Code § 2810.3 ("CWP MSJ ruling").
   b. Class payroll and time information may be updated as required.
2) The deadline to file any motions for summary judgment on CWP joint/client employer liability is reset from October 30, 2021 to November 15, 2021.
3) The deadline for initial expert disclosures on issues other than CWP joint/client employer liability is reset from July 29, 2021 to 30 days after the CWP MSJ ruling.
4) The deadline for rebuttal expert disclosures on issues other than CWP joint/client employer liability is reset from August 30, 2021 to 60 days after the CWP MSJ ruling.
5) The deadline to complete expert discovery on issues other than CWP joint/client employer liability is reset from August 30, 2021 to 90 days after the CWP MSJ ruling.
6) The expert discovery deadlines for CWP joint/client employer liability remain the same.
7) The deadline to file for class certification or for decertification of the Fair Labor Standards Act collective is reset from 60 days after the CWP MSJ ruling to 90 days after the CWP MSJ ruling;

///

///

///

8) The deadline to file dispositive motions is reset from 60 days after the CWP MSJ ruling to 60 days after the Court issues a ruling on class certification/FLSA collective decertification.

**IT IS SO ORDERED**.

Date: September 2, 2021

/s/
_____
Hon. Fernando M. Olguin
U.S. DISTRICT JUDGE