1  Rafael Gonzalez, SBN 210202
   Brian T. Daly, SBN 298731
2  MULLEN & HENZELL L.L.P.
   112 East Victoria Street
3  Post Office Drawer 789
   Santa Barbara, CA  93102-0789
4  Telephone:(805) 966-1501
   Facsimile:  (805) 966-9204
5  rgonzalez@mullenlaw.com
   bdaly@mullenlaw.com
6

7  Attorneys for Defendant
   JDB PRO, INC. DBA CENTRAL WEST PRODUCE
8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12  MIGUEL GUTIERREZ,                    )  Case No. 2:19-cv-07077-FWS-AFM
                                         )
13             Plaintiffs,               )
                                         )
14  v.                                   )  NOTICE OF LODGING OF
                                         )  [PROPOSED] JUDGMENT
15  NEW HOPE HARVESTING, LLC;            )
    GUADALUPE GASPAR;                    )
16  EUGENIA GASPAR MARTINEZ;             )  Hon. Judge Fred W. Slaughter
    ARACELI GASPAR GASPAR                )
17  MARTINEZ; and JDB PRO, INC.          )
    d/b/a CENTRAL WEST                   )
18  PRODUCE, Inclusive,                  )
                                         )
19             Defendants.               )

20

21

22         Pursuant to the Court's order dated September 21, 2022 (Docket No. 154),

23  issued in connection with the Cross-Motions for Summary Judgment filed by

24  Defendant JDB Pro, Inc. d/b/a/ Central West Produce ("Defendant") and Plaintiff

25  Miguel Gutierrez (Docket No. 133), Defendant hereby lodges its [Proposed]

26  Judgment in favor of Defendant as to all causes of action and claims asserted

27  against it in this action.

28  / / /

                              -1-

1    **DATED:** September 22, 2022      **MULLEN & HENZELL L.L.P.**

2

3

4                                    By: _____

                                              Rafael Gonzalez

5                                               Brian T. Daly

6                                      **Attorneys for Defendant**

                                     **JDB PRO, INC. DBA CENTRAL WEST PRODUCE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF LODGING OF [PROPOSED] JUDGMENT**