1  Rafael Gonzalez, SBN 210202
   Brian T. Daly, SBN 298731
2  MULLEN & HENZELL L.L.P.
   112 East Victoria Street
3  Post Office Drawer 789
   Santa Barbara, CA  93102-0789
4  Telephone:(805) 966-1501
   Facsimile:  (805) 966-9204
5  rgonzalez@mullenlaw.com
   bdaly@mullenlaw.com
6

7  Attorneys for Defendant
   JDB PRO, INC. DBA CENTRAL WEST PRODUCE
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 MIGUEL GUTIERREZ,                )  Case No. 2:19-cv-07077-FWS-AFM
                                    )
13            Plaintiffs,           )
                                    )  [PROPOSED] JUDGMENT
14 v.                               )
                                    )
15 NEW HOPE HARVESTING, LLC;        )  Hon. Judge Fred W. Slaughter
   GUADALUPE GASPAR;                )
16 EUGENIA GASPAR MARTINEZ;         )
   ARACELI GASPAR GASPAR            )
17 MARTINEZ; and JDB PRO, INC.      )
   d/b/a CENTRAL WEST               )
18 PRODUCE, Inclusive,              )
                                    )
19            Defendants.           )

20

21

22     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23         The Cross-Motions for Summary Judgment ("the Motion") filed by

24 Plaintiff Miguel Gutierrez ("Plaintiff") and Defendant JDB Pro, Inc. d/b/a

25 Central West Produce ("Defendant") were taken under submission on August 8,

26 2022 by the Honorable Fred W. Slaughter.  After full consideration of the papers,

27 evidence, and authorities submitted by the parties, as well as the briefs and any

28 other information in the Court's files and/or filed with the Court in connection

                              -1-

with the Motion, this Court issued an order GRANTING summary judgment for Defendant on each of Plaintiff and the Putative Class's theories of employer liability, and DENYING Plaintiff's Cross-Motion.  Accordingly, the Court finds that Defendant is entitled to judgment as a matter of law on all causes of action and claims asserted against it in this action.

**BASED ON THE FOREGOING, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff and the Putative Class shall take nothing by way of the operative complaint and judgment shall be and hereby is entered in Defendant's favor as to all causes of action and claims asserted against it in this action.  It is further ordered, adjudged, and decreed that Defendant is the prevailing party and shall be entitled to recover costs pursuant to Rule 54 of the Federal Rules of Civil Procedure and Central District Local Rule 54-1, *et seq*.

**DATED:**_____     By: _____
                                         Hon. Fred W. Slaughter
                                         United States District Court Judge