# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No.: 2:19-cv-07077-FWS-AFM

MIGUEL GUTIERREZ,

                Plaintiff,

**JUDGMENT RE: COURT'S ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT [154]**

      v.

NEW HOPE HARVESTING, LLC.; GUADALUPE GASPAR; EUGENIA GASPAR MARTINEZ; ARACELI GASPAR GASPAR MARTINEZ; AND JDB PRO, INC., d/b/a CENTRAL WEST PRODUCE, Inclusive,

                Defendants.

      The Cross-Motions for Summary Judgment ("Motion") filed by Plaintiff Miguel Gutierrez ("Plaintiff") and Defendant JDB Pro, Inc. d/b/a Central West Produce ("Defendant") were taken under submission on August 8, 2022, by the court. (Dkt. 153.) After full consideration of the papers, evidence, and authorities submitted by the parties, as well as the briefs and any other relevant information in the court's files and/or filed with the court in connection with the Motion, the court issued an

order **GRANTING** summary judgment for Defendant on each of Plaintiff and the Putative Class's theories of employer liability, and **DENYING** Plaintiff's Cross-Motion. (Dkt 154.) Accordingly, the court finds that Defendant is entitled to judgment as a matter of law on all causes of action and claims asserted against it in this action. The court has considered Defendant's Proposed Judgment (Dkt. 155) and Plaintiff's Objection to Defendant's Proposed Judgment and Counter-Proposed Judgment (Dkt. 157). In accordance with the court's Memorandum of Decision dated September 21, 2022 (Dkt. 154):

1. Final Judgment is entered in favor of Defendant JDB Pro, Inc. and against Plaintiff on all claims asserted by Plaintiff against Defendant JDB Pro, Inc.

2. If Plaintiff wishes to seek Rule 54(b) certification, Plaintiff may file a motion pursuant to the court's regularly noticed procedures.

3. Any motion or application for costs made by Defendant JDB Pro, Inc. must be filed in compliance with L. R. 54-2, *et seq.*

**IT IS SO ORDERED.**

DATED: October 12, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE