**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MIGUEL GUTIERREZ, | Case No. 2:19-cv-07077-FWS-AFM |
| Plaintiff, | **ORDER RE JOINT STIPULATION TO RESET SCHEDULE [199]** |
| vs. | |
| NEW HOPE HARVESTING, LLC.; GUADALUPE GASPAR; EUGENIA GASPAR MARTINEZ; ARACELI GASPAR GASPAR MARTINEZ; and JDB PRO, INC., d/b/a CENTRAL WEST PRODUCE, Inclusive | |
| Defendants. | |

Having reviewed and considered the Parties' Joint Stipulation to Modify Scheduling Order [199] (the "Stipulation"), the files and records of the case, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the court's February 6, 2023, Order Re Joint Stipulation to Reset Schedule [173] **MODIFIED** to read as follows (with changes indicated by italics):

///

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:30 a.m.** | **First Day:** *4/9/2024* |
| Parties' Estimated Trial Length | **10** days |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | *3/7/2024* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties [Thursday] | 8/11/2022 |
| Non-Expert Discovery Cut-Off (only as it relates to the depositions of Guadalupe Gaspar, FLSA opt-in plaintiffs and class members, and NHH declarants; and updated class payroll and timecard production as class period continues—previous deadline of 10/27/2022 *in the court's May 31, 2022, Scheduling Order [150]* applies to all other Non-Expert Discovery not listed above) | *7/6/2023* |
| Deadline to file for class certification or for decertification of the Fair Labor Standards Act collective | *8/10/2023* |
| Expert Disclosure (Initial) | *10/5/2023* |
| Expert Disclosure (Rebuttal) | *10/19/2023* |
| Expert Discovery Cut-Off | *11/2/2023* |
| Last Date to **Hear** Motions **[Thursday]** • Motion for Summary Judgment due at least 6 weeks before hearing • All other motions due at least 4 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | *11/30/2023* |
| Deadline to Complete Settlement Conference [L.R. 16-15] Select one: [ ] 1. Magistrate Judge (with Court approval) [x] 2. Court's Mediation Panel [ ] 3. Private Mediation | *12/21/2023* |
| **Trial Filings (first round)** • Motions in Limine with Proposed Orders • *Daubert Motions with Proposed Orders*[1] • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement | *2/1/2024* |

[1] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

| | |
|---|---|
| • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>Declarations containing Direct Testimony, if ordered<br>• (bench trial only) | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• *Oppositions to Daubert Motions*[2]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | *2/8/2024* |

**IT IS SO ORDERED**.

Dated:  April 19, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR

_____

[2] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine.  (See Dkt. 151 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").)  In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.