Marco A. Palau, State Bar No. 242340
Joseph D. Sutton, State Bar No. 269951
Eric S. Trabucco, State Bar No. 295473
ADVOCATES FOR WORKER RIGHTS LLP
212 9th Street, Suite 314
Oakland, CA 94607
Telephone: (510) 269-4200
marco@advocatesforworkers.com
jds@advocatesforworkers.com
est@advocatesforworkers.com

Verónica Melendez, SBN 294106
Cecilia Guevara Zamora, SBN 307159
Ezra Kautz, SBN 330352
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7904
Facsimile: (916) 446-3057
cguevarazamora@crlaf.org
vmelendez@crlaf.org
ekautz@crlaf.org

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL GUTIERREZ, individually and acting in the interest of other current and former employees,<br><br>Plaintiff,<br>vs.<br><br>NEW HOPE HARVESTING, LLC; GUADALUPE GASPAR; EUGENIA GASPAR MARTINEZ; ARACELI GASPAR MARTINEZ. and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-07077-FWS-AFM<br><br>**NOTICE OF MOTION AND MOTION IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS/PAGA SETTLEMENT, PLAINTIFF'S SERVICE AWARD, FLSA OPT-IN AWARDS, AND COUNSEL'S FEES & COSTS**<br><br>Hon. Fred W. Slaughter<br><br>Hearing Date: October 10, 2024<br>Time: 10:00 a.m.<br>Location: Santa Ana, Courtroom 10D |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 10, 2024 at 10:00 a.m., in Courtroom 10D of the United States Courthouse, 411 West 4th Street, Room 1053 Santa Ana, Plaintiff Miguel Gutierrez, on behalf of himself and all others similarly situated, will and hereby does move the Court to: (1) grant final approval of the Settlement Agreement between the Plaintiff and Defendants New Hope Harvesting, LLC, Guadalupe Gaspar, Eugenia Gaspar Martinez, Aracelia Gaspar Martinez settling the class, collective, and representative claims under California and Federal law alleged in this case; (2) grant a service award of $20,000 to named plaintiff Miguel Gutierrez; (3) grant Fair Labor Standard Act (“FLSA”) opt-in plaintiffs’ request for service awards of $7,500 each; (4) approve Atticus Administration LLC’s request for $28,850 in costs and fees for administering the class notice; and (5) Class Counsel’s request for an attorneys’ fee award of $333,300 and litigation costs of $83,650.74.

The Court preliminarily approved the Settlement Agreement by Order dated April 26, 2024. (Doc. No. 223). Since then, Notice has been provided to the Class Members and in accordance with the preliminary approval order. No Class Member has objected to any of the proposed terms of the Settlement outlined in the Class Notice, including the proposed attorneys’ fee and cost award, Plaintiff’s service award, FLSA opt-in plaintiffs’ service award, and no Class Member has requested exclusion from the Settlement.

This Motion is based upon: the Notice of Motion; Memorandum of Points and Authorities in Support Thereof; the Declaration of Joseph D. Sutton in support of the Motion; the Declaration of Veronica Melendez; the Claims Administrator Declaration of Bryn Bridley of Atticus Administration LLC in support of the Motion; the declaration of Class Representative Miguel Gutierrez, the declarations of FLSA opt-in plaintiffs Claudia Flores, Alejandro Flores, Catalino Ruben

Almaraz, Eligio Ruiz Manzano, Isabel Hernandez Jacobo, Jorge Luis Alvaraz Hernandez, Rocio Vasquez Rodriguez, Dionisia Bolaños, Pablo Guzman Ruiz, Gerardo Cruz, and such argument of counsel as the Court may hear; the complete files, records, and pleadings in the above-captioned matter; and such additional matters as the Court may consider. A Proposed Order is submitted herewith.

Dated: September 12, 2024 **ADVOCATES FOR WORKER RIGHTS LLP**

*/s/ Joseph D. Sutton*
Joseph D. Sutton
Attorneys for Plaintiffs